| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **District of Arizona** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Falcione, John** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Falcione, Lisa Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Johnny Falcione** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2361** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7080** |
| Street Address of Debtor (No. and Street, City, and State):<br>**16943 E Stacey Rd**<br>**Queen Creek, AZ**<br><div align="right">ZIP Code **85242**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**16943 E Stacey Rd**<br>**Queen Creek, AZ**<br><div align="right">ZIP Code **85242**</div> |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business:<br>**Maricopa** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Sanctuary Design, LLC a/k/a Sanctuary Builder, LLC**<br>**1403 W 10th Place**<br>**Ste B-107**<br>**Tempe, AZ 85281** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Falcione, John**<br>**Falcione, Lisa Marie** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Jennifer L. Campisano          January 15, 2010**<br>  Signature of Attorney for Debtor(s)                    (Date)<br>  **Jennifer L. Campisano** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Falcione, John** |
| **Falcione, Lisa Marie** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ John Falcione**
Signature of Debtor  **John Falcione**

**X** **/s/ Lisa Marie Falcione**
Signature of Joint Debtor **Lisa Marie Falcione**

Telephone Number (If not represented by attorney)

**January 15, 2010**
Date

### Signature of Attorney*

**X** **/s/ Jennifer L. Campisano**
Signature of Attorney for Debtor(s)

**Jennifer L. Campisano**
Printed Name of Attorney for Debtor(s)

**Brauer Law Offices, PLC**
Firm Name

**16430 N. Scottsdale Rd.**
**Suite 425**
**Phoenix, AZ 85254**

Address

**480-621-3535**
Telephone Number

**January 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re    **John Falcione**
       **Lisa Marie Falcione** _____    Case No. _____

                                             Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

               Signature of Debtor:   **/s/ John Falcione**
                                    **John Falcione**
               Date:   **January 15, 2010**

# United States Bankruptcy Court
### District of Arizona

In re   **John Falcione**
      **Lisa Marie Falcione** _____

                                 Debtor(s)

Case No. _____

Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Lisa Marie Falcione**

                            **Lisa Marie Falcione**

Date:      **January 15, 2010**

# United States Bankruptcy Court

## District of Arizona

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

Debtors ,

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 479,300.00 | | |
| B - Personal Property | Yes | 3 | 12,163.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,141,863.76 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 46 | | 1,161,678.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,295.00 |
| Total Number of Sheets of ALL Schedules | | 68 | | | |
| Total Assets | | | 491,463.00 | | |
| Total Liabilities | | | | 2,303,541.80 | |

.

# United States Bankruptcy Court
## District of Arizona

In re     **John Falcione,**
          **Lisa Marie Falcione**                Case No. _____

                                           ,
                         Debtors         Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **John Falcione,**                                Case No. _____
       **Lisa Marie Falcione**
                             Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Parcel #: 304-87-060-B**<br>**16943 E Stacey Rd**<br>**Queen Creek, AZ 85242**<br>**Property Description: TH PT SW4 SEC 35 DAF COM S4 COR SD SEC TH N 665.23F TH W 1320.05F TO POB TH S 306.10F TH W 155F TH N 306.10F TH E 155F TO POB EX N 25F TH/OF**<br>**Section Township Range: 35 25 6E** | **Fee Simple** | **C** | **479,300.00** | **997,212.00** |

Sub-Total >     **479,300.00**    (Total of this page)

Total >     **479,300.00**

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re     **John Falcione,**                                               Case No. _____

         **Lisa Marie Falcione**

_____ ,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&I value checking account ending -2732** | **C** | 8.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Stove, Washing Machine, Dryer, Freezer, Grill, Televisions, Sound System, DVD Player, Breakfast Table & Chairs, Dining Room Set, 3 Couches, 1 Chair, 1 Recliner, 2 Bedroom Suites, Vacuum, Fishing Rods, Camera (broken)** | **C** | 2,255.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Misc. wearing apparel for husband & wife** | **C** | 200.00 |
| 7. | Furs and jewelry. | | **Female wedding ring and necklace** | **C** | 350.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,813.00**
(Total of this page)

   __2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **John Falcione,**                                        Case No. _____

             **Lisa Marie Falcione**

                                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                      Sub-Total >         **0.00**

                                                  (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John Falcione,**          Case No. _____
    **Lisa Marie Falcione**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Ford F-150 Truck 170,000 miles** | C | 450.00 |
| 26. Boats, motors, and accessories. | | **2 All Terain Vehicles - Honda 400 TRX** | C | 4,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Copy machine (10+ years old), scan/fax machine** | C | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Dump Trailer, Misc. Tools** | C | 4,700.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Piano** | C | 100.00 |

Sub-Total >    **9,350.00**
(Total of this page)

Total >    **12,163.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **John Falcione,**
       **Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **M&I value checking account ending -2732** | **Ariz. Rev. Stat. § 33-1126A9** | **8.00** | **8.00** |
| **Household Goods and Furnishings** | | | |
| **Stove, Washing Machine, Dryer, Freezer, Grill, Televisions, Sound System, DVD Player, Breakfast Table & Chairs, Dining Room Set, 3 Couches, 1 Chair, 1 Recliner, 2 Bedroom Suites, Vacuum, Fishing Rods, Camera (broken)** | **Ariz. Rev. Stat. § 33-1123** | **2,255.00** | **2,255.00** |
| **Wearing Apparel** | | | |
| **Misc. wearing apparel for husband & wife** | **Ariz. Rev. Stat. § 33-1125(1)** | **100.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Female wedding ring and necklace** | **Ariz. Rev. Stat. § 33-1125(4)** | **350.00** | **350.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1995 Ford F-150 Truck 170,000 miles** | **Ariz. Rev. Stat. § 33-1125(8)** | **450.00** | **450.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Copy machine (10+ years old), scan/fax machine** | **Ariz. Rev. Stat. § 33-1130(1)** | **100.00** | **100.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Dump Trailer, Misc. Tools** | **Ariz. Rev. Stat. § 33-1130(1)** | **4,700.00** | **4,700.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Piano** | **Ariz. Rev. Stat. § 33-1125(2)** | **100.00** | **100.00** |
| | Total: | **8,063.00** | **8,163.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**                                    Case No. _____
         **Lisa Marie Falcione**

                                 ,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | | |
| | | | | C | | | | | | |
| Account No. **xxxxxxxxxxx2391**<br><br>Corporate Receivables, Inc.<br>PO Box 32995<br>Phoenix, AZ 85064-2995 | C | | | | Duplicate Debt - Original Creditor: HSBC - 2 All Terain Vehicles - Honda 400 TRX<br><br>Value $     **4,000.00** | | | | 3,728.00 | 0.00 |
| Account No. **n/a**<br><br>FDIC<br>40 Pacifica Suite 1000<br>Irvine, CA 92618 | X  C | | | | Mortgage<br><br>Arboleta Estates<br>Saddlewood Estates, Phase II<br>Original Creditor: Nevada State Bank<br><br>Value $     **Unknown** | | | | 0.00 | Unknown |
| Account No.<br><br>Internal Revenue Service<br>5045 E. Butler Ave.<br>Fresno, CA 93888 | C | | | | Statutory Lien<br>Parcel #: 304-87-060-B<br>16943 E Stacey Rd<br>Queen Creek, AZ 85242<br>Property Description: TH PT SW4 SEC 35 DAF COM S4 COR SD SEC TH N 665.23F TH W 1320.05F TO POB TH S 306.10F TH W 155F TH N 306.10F TH E<br><br>Value $     **479,300.00** | | | | 11,000.00 | 11,000.00 |
| Account No. **xxxx xx. xx9898**<br><br>Kondaur Capital Corporation<br>1100 Town & Country Rd<br>Ste 1600<br>Orange, CA 92705-6696 | C | | | | First Mortgage<br><br>16943 E Stacey Rd<br>Queen Creek, AZ 85242<br><br>Value $     **479,300.00** | | | | 929,755.00 | 450,455.00 |

  **1**   continuation sheets attached

Subtotal                        944,483.00       461,455.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   **John Falcione,**
         **Lisa Marie Falcione**                    Case No. _____

                                               **Debtors**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0000**<br><br>**M&I Bank**<br>**770 N. Water St**<br>**Milwaukee, WI 53202-3509** | | C | 08/2006<br><br>**Second Mortgage**<br><br>**16943 E Stacey Rd**<br>**Queen Creek, AZ 85242**<br><br>Value $     **479,300.00** | | | | **56,457.00** | **56,457.00** |
| Account No. **xxx-xx-x60B 1**<br><br>**Maricopa County Treasurer**<br>**301 W Jefferson St**<br>**Rm 100**<br>**Phoenix, AZ 85003-2199** | | C | 2007, 2008, 2009<br><br>**Property Taxes**<br><br>Value $     **0.00** | | | | **10,379.59** | **10,379.59** |
| Account No.<br><br>**Nevada State Bank**<br>**750 E. Warm Springs Rd.**<br>**Las Vegas, NV 89119** | X | C | **Duplicate Debt**<br>**Forwarded to: FDIC**<br>**Arboleta Estates**<br>**Saddlewood Estates, Phase II**<br><br>Value $     **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **xxxx-xxxx-xxx-400**<br><br>**US Bank**<br>**60 Livingston Ave**<br>**Saint Paul, MN 55107** | | C | **Purchase Money Security**<br><br>**Recreational Vehicle in the possession of Jon Mecham**<br><br>Value $     **13,000.00** | | | | **22,159.17** | **9,159.17** |
| Account No. **xxx-xxx-0601**<br><br>**Wells Fargo Home Mortgage**<br>**3480 Stateview Blvd**<br>**Fort Mill, SC 29716** | | C | 11/1998<br><br>**Mortgage**<br><br>**Home was sold in 2004; however still appearing on wife's credit report**<br><br>Value $     **Unknown** | | | | **108,385.00** | **Unknown** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     **197,380.76**     **75,995.76**

Total
(Report on Summary of Schedules)     **1,141,863.76**     **537,450.76**

.

In re   **John Falcione,**
     **Lisa Marie Falcione**

Case No. _____

                                                             ,

                                       **Debtors**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                   **0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re   **John Falcione,**
        **Lisa Marie Falcione**                                      Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**B/H Drywall, Stucco & Painting Co. Inc.**<br>**627 W. Commerce Ave**<br>**Gilbert, AZ 85233** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**84 Lumber**<br>**275 E Willis Rd**<br>**Chandler, AZ 85249** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**AAA Alarm and Security**<br>**1815 W Crest Lane**<br>**Phoenix, AZ 85027** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**ABS Floor Covering**<br>**1430 North 29th Ave**<br>**Phoenix, AZ 85009** | C | | Trade debt | | | | **Unknown** |
| __45__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       S/N:40788-091120   Best Case Bankruptcy

In re    **John Falcione,**
         **Lisa Marie Falcione**                                              Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Access Egress** **1025 N. Mcqueen Rd.** **#156** **Gilbert, AZ 85233** | C | | | | | | | **Unknown** |
| Account No. | | | | Duplicate Debt: Forwarded to Wees Law Firm LLC Case No. CV2009-014696 | | | X | |
| **Accutemp Refrigeration** **3231 E Washington** **Phoenix, AZ 85035** | C | | | | | | | **0.00** |
| Account No. | | | | Trade debt | | | | |
| **Accutemp Refrigeration** **3231 E. Washington** **Phoenix, AZ 85035** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Action Excavating Service** **1418 N. Santa Anna Ct.** **Chandler, AZ 85244** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Adam Brigham** **531 W. Claremont Ave.** **Phoenix, AZ 85013** | C | | | | | | | **Unknown** |

Sheet no. __1__ of __45__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)       **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **John Falcione,**
       **Lisa Marie Falcione**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Affordable Drywall** **3120 W Carefee Highway** **Suite #1** **Phoenix, AZ 85086** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Air Force (HVAC)** **2027 n. 37th PLace** **Phoenix, AZ 85008** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Air Max** **1297 W Carla Vista Dr** **Chandler, AZ 85224** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Akribis Engineering, L.L.C.** **1850 N. Central Ave** **Ste 550** **Phoenix, AZ 85004** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **All Around Sight & Sound** **P.O. Box 2097** **Higley, AZ 85236** | | C | | | | | **Unknown** |

Sheet no. __2__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**
        **Lisa Marie Falcione**

Case No. _____

<div align="center">Debtors</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **All Doors & Trim, LLC** **44117 N. US Hwy 60** **Morristown, AZ 85342** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Allen Consulting Engineers** **2550 N. Thunderbird Circle #132** **Mesa, AZ 85215** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Alliance Flooring** **5450 S. Lakeshore Dr. #111** **Tempe, AZ 85283** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Allied Masonry LLC** **4022 W Lincoln** **Phoenix, AZ 85009** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Allied Waste Transportation, Inc.,** **DBA Paradise Waste** **18500 North Allied Way** **Phoenix, AZ 85054** | C | | | | | | | **Unknown** |

Sheet no. __3__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page)    **0.00**</div>

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **John Falcione,**
      **Lisa Marie Falcione**
                                                      ,
                                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Allstate G.E.S. Appliance, Inc.** **7399 E. Tierra Buena lane, #2** **Scottsdale, AZ 85260** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Alpha Omega Surveying** **3146 E. Fountain St** **Mesa, AZ 85213** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Alta Vista Masonry** **8650 N. 35th** **Phoenix, AZ 85051** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Aluglass** **3165 N. Colorado St** **Chandler, AZ 85225** | C | | | | | | | **Unknown** |
| Account No. | | | | **Business Services** **Case No. CV2008-030281** | | | | |
| **American Building & Contractors Supply** **c/o Mariscal Weeks McIntyre & Friedlande** **2901 N Central Ave, Ste 200** **Phoenix, AZ 85012** | X C | | | | | | X | **Unknown** |

Sheet no. __4__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
     (Total of this page)        **0.00**

In re   **John Falcione,**
        **Lisa Marie Falcione**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **American Glass Tint, Inc.** **218 W. Hampton** **Suite 7** **Mesa, AZ 85210** | C | | | | | | | **Unknown** |
| Account No. **xxx xx. xxxxxxx6991** | | | | Original Creditor: Sonora Quest Laboratories, LLC | | | | |
| **American Medical Collection Agency** **2269 S. Saw Mill River Rd.** **Bldg 3** **Elmsford, NY 10523** | C | | | | | | | **67.83** |
| Account No. | | | | Trade debt | | | | |
| **AMK Electric** **829 East Rosebud Drive** **Queen Creek, AZ 85243** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Ancient Stone by VasiLois** **1210 E. Northern Ave** **Phoenix, AZ 85020** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Anderson Nelson** **4143 N. 12th St** **Suite 200** **Phoenix, AZ 85014** | C | | | | | | | **Unknown** |

Sheet no. __5__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No.<br><br>**Anozira Door Systems**<br>**685 W. La Vieve Ln.**<br>**Tempe, AZ 85284** | | C | Trade debt | | | | **Unknown** |
| Account No.<br><br>**ANR Construction, LLC.**<br>**6415 S. 122nd Ave**<br>**Tolleson, AZ 85353** | | C | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Apodaca**<br>**5740 E. Buckeye Rd**<br>**Phoenix, AZ 85043** | | C | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Apodaca Wall Systems, Inc.**<br>**5740 W Buckeye Rd**<br>**Phoenix, AZ 85043** | X | C | Business Services | | | X | **4,487.50** |
| Account No.<br><br>**Aristone Designs, Inc**<br>**1615 E. Weber Drive**<br>**Tempe, AZ 85281** | | C | Trade debt | | | | **Unknown** |

Sheet no. __6__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,487.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**
      **Lisa Marie Falcione**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Arizona Door & Trim**<br>**16508 E. Laser Drive**<br>**Suite 103**<br>**Fountain Hills, AZ 85268** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Arizona Fireplace**<br>**3434 E. Atlanta Ave**<br>**Phoenix, AZ 85040** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Arizona Foam Roofing**<br>**222 South Date St**<br>**Mesa, AZ 85211** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Arizona Glass Specialists**<br>**3164 S. Country Club Dr. Suite #5**<br>**Mesa, AZ 85210** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Arizona Institute of Spine & Sports Care**<br>**20333 N 19th Ave**<br>**Ste 108**<br>**Phoenix, AZ 85027** | X | C | | Duplicate Debt, Forwarded to Law Firm Moore Benham & Beaver, PLC Case No. CV2009-055055 | | | X | **0.00** |

Sheet no. __7__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**                                      Case No. _____
        **Lisa Marie Falcione**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x-x1430** <br><br> **Arizona Propane** <br> **10225 E McKellips Rd** <br> **PO Box 3629** <br> **Scottsdale, AZ 85271** | C | | | **Utility Services** | | | | **295.91** |
| Account No. <br><br> **Arizona Propane** <br> **5246 N.W. Grand Ave** <br> **Glendale, AZ 85301** | C | | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br> **Arizona Washroom Partitions** <br> **4849 S. 36th St** <br> **Phoenix, AZ 85040** | C | | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br> **Arizona Waste Service Inc.** <br> **1500 S. 7th St** <br> **Phoenix, AZ 85034** | C | | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br> **Arizona Wholesale** <br> **2020 E. University** <br> **Phoenix, AZ 85034** | C | | | **Trade debt** | | | | **Unknown** |

Sheet no. \_\_**8**\_\_ of \_\_**45**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **295.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John Falcione,**
         **Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arizona Wholesale Supply Company**<br>**2020 E University**<br>**Phoenix, AZ 85034** | X | C | **Duplicate Debt: Forwarded to Law Firm Buchalter Nemer Case No. CV2009-055284** | | | X | 0.00 |
| Account No.<br><br>**Arrowhead Gastroenterology c/o Dr. Padda**<br>**20100 N. 51st Ave.**<br>**Glendale, AZ 85308** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**Artistic Stairs**<br>**4116 E. Superior Ave #7**<br>**Phoenix, AZ 85040-1727** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**AVS Framing & Drywall, LLC.**<br>**P.O. Box 80804**<br>**Phoenix, AZ 85060** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**AZ Propane Co.**<br>**P.O. Box 3629**<br>**Scottsdale, AZ 85271-3629** | | C | Trade debt | | | | Unknown |

Sheet no. __9__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re    **John Falcione,**
       **Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **AZ Wholesale Supply Co.** **P.O. Box 2979** **Phoenix, AZ 85062** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Best Glass** **5149 N. 7th Ave** **Phoenix, AZ 85013** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Duplicate Debt: Original Creditor Krishna Management, LLC Case No. CV2009-037468 | | | X | |
| **Bhakta & Associates, PLLC** **2415 E Camelback Rd** **Ste 700-24** **Phoenix, AZ 85016** | C | | | | | | | | **40,000.00** |
| Account No. | | | | | Trade debt | | | | |
| **Big Pan Distribution** **3532 W. Northern Ave.** **Phoenix, AZ 85051** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Bilt Rite** **4541 E. Virginia St.** **Scottsdale, AZ 85251** | C | | | | | | | | **Unknown** |

Sheet no. __10__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      

In re   **John Falcione,**                                      Case No. _____
      **Lisa Marie Falcione**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blue Phoenix Mechanical, Inc.<br>6926 E. Parkway Norte<br>Mesa, AZ 85212** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Bluff & Associates, PC<br>844 N 4th Ave<br>Phoenix, AZ 85003-1314** | C | | Duplicate Debt: Original Creditor James & Connie Contes<br>Case No. CV2009-038781 | | | X | **350,000.00** |
| Account No. xxxxxx9502<br><br>**BMW Financial Services<br>5550 Britton Pkwy<br>Hilliard, OH 43026** | C | | Deficiency Balance | | | | **41,516.00** |
| Account No.<br><br>**Bootz Manufacturing, Inc.<br>25 S. 41st St.<br>Phoenix, AZ 85034** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Bravo Cleaning<br>1855 E. Southern Ave #206<br>Mesa, AZ 85204** | C | | Trade debt | | | | **Unknown** |

Sheet no. \_\_**11**\_\_ of \_\_**45**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **391,516.00**

In re     **John Falcione,**                                  Case No. _____

           **Lisa Marie Falcione**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Trade debt | | | | |
| **Brewer Companies**<br>**8581 W. Kelton Ln #210**<br>**Peoria, AZ 85382** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Duplicate Debt: Original Creditor Arizona Wholesale Supply Company Case No. CV2009-055284 | | | X | |
| **Buchalter Nemer**<br>**16435 N. Scottsdale Rd**<br>**Ste. 440**<br>**Scottsdale, AZ 85254** | C | | | | | | | | **150,915.61** |
| **Account No.** | | | | | Trade debt | | | | |
| **C & W Commercial Door & Trim**<br>**9144 W Calle Lejos**<br>**Peoria, AZ 85383** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Trade debt | | | | |
| **Calvary Paving**<br>**P.O. Box 466**<br>**Wickenburg, AZ 85358** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Trade debt | | | | |
| **Cannon Door and Trim**<br>**3242 E. Jefferson St**<br>**Phoenix, AZ 85034** | C | | | | | | | | **Unknown** |

Sheet no. __**12**__ of __**45**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         **150,915.61**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **John Falcione,**
    **Lisa Marie Falcione**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3168** <br><br> **Capital One Bank USA NA** <br> **PO Box 30281** <br> **Salt Lake City, UT 84130** | C | | | **Credit card purchases** | | | | **2,706.71** |
| Account No. **xxxx-xxxx-xxxx-1233** <br><br> **Capital One Bank USA NA** <br> **PO Box 30281** <br> **Salt Lake City, UT 84130** | C | | | 05/1996 <br> **Credit card purchases - account closed 02/2009** | | | | **0.00** |
| Account No. <br><br> **Carefree Companies Limited** <br> **DBA Carefree Misting/Fog Systems** <br> **c/o Robert Lukey 326 N. Steply Dr** <br> **Mesa, AZ 85203** | C | | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br> **Carefree Misting/Fog Systems** <br> **3820 E. Main St #8** <br> **Mesa, AZ 85205** | C | | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br> **Case Electric LLC** <br> **3554 W. Sunshine Butte Dr** <br> **Queen Creek, AZ 85242** | C | | | **Trade debt** | | | | **Unknown** |

Sheet no. __13__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,706.71**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Casita Framing LLC**<br>**2675 W. Gold Dust Ave**<br>**Queen Creek, AZ 85242** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**Cataline Roofing**<br>**2021 W. Williams Dr.**<br>**Mesa, AZ 85207** | | C | Trade debt | | | | Unknown |
| Account No. xxxxxx0501<br><br>**Central Creditors of Flagstaff**<br>**20403 N Lake Pleasant Rd**<br>**Ste 117 PMB 621**<br>**Peoria, AZ 85382-9707** | | C | Duplicate Debt: Original Creditor: Flagstaff Emergency Physicians | | | | 159.00 |
| Account No.<br><br>**Century Roofing**<br>**2615 W. Lone Cactus Dr**<br>**Phoenix, AZ 85027** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**Chamberlin Power, LLC**<br>**c/o Bruce K Childers LTD**<br>**7047 E. Greenway Pkwy #140**<br>**Scottsdale, AZ 85254** | | C | Trade debt | | | | Unknown |

Sheet no. __14__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **159.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **John Falcione,**               Case No. _____
       **Lisa Marie Falcione**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Chas Roberts Air Conditioning & Heating** <br> **9828 N. 19th Ave** <br> **Phoenix, AZ 85021** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Chico Electric** <br> **725 W. Commerce Ave #112** <br> **Gilbert, AZ 85233-4102** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **CIT** <br> **618 South Madison Cr** <br> **Tempe, AZ 85281** | | C | | | | | **Unknown** |
| Account No. **xxxx5100** | | | Duplicate Debt: Original Creditor: NPG Cable Flagstaff | | | | |
| **CMI** <br> **4200 International** <br> **Carrollton, TX 75007** | | C | | | | | **157.00** |
| Account No. | | | Duplicate Debt: Forwarded to Law Firm Thomas Schern Richardson, PLLC Case No. CV2009-093698 | | | | |
| **CMJ Cabinet Installation, Inc.** <br> **2746 E Vermont Dr** <br> **Gilbert, AZ 85295** | X C | | | | | X | **0.00** |

Sheet no. __15__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   **157.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **John Falcione,**                                     Case No. _____

          **Lisa Marie Falcione**

                                                  ,

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CMJ Cabinets**<br>**1746 E. Vermont Dr.**<br>**Gilbert, AZ 85295** | C | | Trade debt | | | | **Unknown** |
| Account No. **xxxxxx9999**<br><br>**CMRE Financial Services, Inc.**<br>**3075 E Imperial Hwy**<br>**Ste 200**<br>**Brea, CA 92821** | C | | Duplicate Debt: Original Creditor: Simon Med Imaging | | | | **289.99** |
| Account No.<br><br>**COHACO Building Specialties, Inc**<br>**c/o Ronald W. Meyer**<br>**3636 N. Central #700**<br>**Phoenix, AZ 85012** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Colt Electric LLC**<br>**c/o National Contractor Services**<br>**1010 E. Jefferson St**<br>**Phoenix, AZ 85034** | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Complete Door and Trim**<br>**111 S. 56th St**<br>**Chandler, AZ 85226** | C | | Trade debt | | | | **Unknown** |

Sheet no. __16__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal             **289.99**
                                      (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re **John Falcione,**  
    **Lisa Marie Falcione**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Complete Fire Protection 22230 S. Scotland Court Queen Creek, AZ 85142** | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| **Concrete Imaging Services P.O. Box 8109 Glendale, AZ 85312** | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| **Contractor's Termite & Pest Control Inc. 24825 N. 16th Ave. Ste 140 Phoenix, AZ 85027** | C | | | | | | | Unknown |
| Account No. **xxxx xx. xx1243** | | | | Business Licensing Services | | | | |
| **Contractors Bonding & Insurance Company Claims Department PO Box 9271 Seattle, WA 98109-0271** | C | | | | | | | 208.32 |
| Account No. | | | | Trade debt | | | | |
| **Coyote Concrete 6713 W. Dellmont Ave Glendale, AZ 85303** | C | | | | | | | Unknown |

Sheet no. __17__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  

208.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**
        **Lisa Marie Falcione**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Craig Allen Thompson, LLC 1373 E. 23rd Ave Apache Junction, AZ 85219 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Craig Anderson 2323 W. Impala Ave Mesa, AZ 85202 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Crown Builders Inc 14020 N. Northsight Blvd. Scottsdale, AZ 85260 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| CYC Landscaping P.O. Box 12590 Tempe, AZ 85284 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Cyclon Framing 25103 S. 138th Pl Chandler, AZ 85249 | C | | | | | | | Unknown |

Sheet no. __18__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**
       **Lisa Marie Falcione**                                                        Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Trade debt | | | | |
| **Dale Kurschner** **4829 E Everett Drive** **Scottsdale, AZ 85254** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Trade debt | | | | |
| **Decorative Trim** **19399 E. Germann Rd** **Queen Creek, AZ 85242** | C | | | | | | | | **Unknown** |
| **Account No.** | | | | | Trade debt | | | | |
| **Delany & Brown** **1829 S. Horne Suite 1** **Mesa, AZ 85204** | C | | | | | | | | **Unknown** |
| **Account No. xx4038** | | | | | Duplicate Debt: Original Creditor: Arizona Public Service | | | | |
| **Delivery Financial Services** **PO Box 14974** **Scottsdale, AZ 85267** | C | | | | | | | | **324.05** |
| **Account No. x1333** | | | | | Medical Services | | | | |
| **Desert Pediatric Hospitalists** | C | | | | | | | | **214.50** |

Sheet no. \_\_**19**\_\_ of \_\_**45**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **538.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John Falcione,**
 **Lisa Marie Falcione**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6917** <br><br> **Desert Valley ENT PC** <br> **936 W Chandler Blvd** <br> **Ste 2** <br> **Chandler, AZ 85225** | C | | Medical Services | | | | **85.87** |
| Account No. <br><br> **Design Drywall West, Inc.** <br> **405 S. Clark** <br> **Tempe, AZ 85281** | C | | Trade debt | | | | **Unknown** |
| Account No. <br><br> **Diamond Glass** | C | | | | | | **4,800.00** |
| Account No. <br><br> **Diamond Glass & Mirror** <br> **16191 N. 82nd St** <br> **Scottsdale, AZ 85260** | C | | Trade debt | | | | **Unknown** |
| Account No. <br><br> **Digital Home Lifestyles** <br> **4820 E. McDowell Rd. #104** <br> **Phoenix, AZ 85008** | C | | Trade debt | | | | **Unknown** |

Sheet no. __20__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,885.87**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Dinowitz Remodel c/o Mark Dinowitz 500 W. 10th Pl. #121 Mesa, AZ 85201** | C | | | | | | | | **Unknown** |
| Account No. **xxx-xxx-0801** | | | | | 08/2008 Student Loan | | | | |
| **Direct Loan Svc System PO Box 5609 Greenville, TX 75403-5609** | C | | | | | | | | **11,856.00** |
| Account No. **xxx-xx-x080-2** | | | | | 08/2009 Student Loan | | | | |
| **Direct Loan Svc System PO Box 5609 Greenville, TX 75403-5609** | C | | | | | | | | **4,030.00** |
| Account No. | | | | | Trade debt | | | | |
| **Diversified Builder Supply 013 W. Lindbergh Way Chandler, AZ 85226** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Dr. Khurana 595 N. Dobson Rd. Chandler, AZ 85224** | C | | | | | | | | **Unknown** |

Sheet no. __21__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **15,886.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **John Falcione,**
    **Lisa Marie Falcione**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **DSC Drywall and Painting, Inc.** **1326 E. Louis Way** **Tempe, AZ 85284** | C | | | | | | | **Unknown** |
| Account No. | | | | Food services | | | | |
| **Dunkin' Brands c/o Jason Duffy** **4225 N. Olympic Flds Ct.** **Phoenix, AZ 85086** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Dunkin' Brands c/o Jim Riley** **130 Royall St.** **Canton, MA 02021** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Dwelling Cabinetry & Flooring** **7655 E. Redfield Rd. #9** **Scottsdale, AZ 85260** | C | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| **Dynamic Mirror & Glass** **1731 W. Rose Garden Ln.** **Phoenix, AZ 85027-2714** | C | | | | | | | **Unknown** |

Sheet no. __22__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re    **John Falcione,**
       **Lisa Marie Falcione**
                                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Eagle Point Construction LLC 8650 N 35th Ave #103 Phoenix, AZ 85051** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Empire Fence Acquisition LLC James P O'Sullivan c/o Gammage & Burnham 2 N. Central Ave 18th Floor Phoenix, AZ 85004** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Encore Steel c/o Benedict & Martin PLLC 3333 E Camelback Rd #175 Phoenix, AZ 85018** | | C | | | | | **Unknown** |
| Account No. | | | Case No. CV2009-005586 Forwarded to: Jennings, Haug & Cunningham LLP | | | | |
| **Essco Wholesale Electric Inc 175 E. Corporate Place Chandler, AZ 85225** | X | C | | | | | **0.00** |
| Account No. | | | Duplicate Debt Forwarded to: Jennings, Haug & Cunningham, LLP Case No. 2009-006505 | | | | |
| **Essco Wholesale Electric Inc 175 E. Corporate Pl. Chandler, AZ 85225** | X | C | | | | | **0.00** |

Sheet no. __23__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
     (Total of this page)
                             **0.00**

In re **John Falcione,**
     **Lisa Marie Falcione**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Essco Wholesale Electric Inc.**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** | X | C | | **Duplicate Debt**<br>**Forwarded to: Jennings, Haug & Cunningham LLP**<br>**Case No. CV2009-005623** | | | | **0.00** |
| Account No.<br><br>**Exclusive Salon and Day Spa**<br>**1937 E. Harrison St.**<br>**Gilbert, AZ 85295** | | C | | **Trade debt** | | | | **Unknown** |
| Account No.<br><br>**Fast-Trak Acoustics & Drywall, LLC**<br>**c/o Joseph J Miles**<br>**644 E Shannon St**<br>**Chandler, AZ 85225** | | C | | **Trade debt** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-xxxx**<br><br>**Financing/GECCCC**<br>**PO Box 981439**<br>**c/o Cardholder Operations**<br>**El Paso, TX 79998-1439** | | C | | **09/2007**<br>**Credit card purchases - account closed 08/2009** | | | | **0.00** |
| Account No. **xxxxxx0501**<br><br>**Flagstaff Emergency Physicians** | | C | | **Medical Services: Original Creditor - forwarded to Central Creditors of Flagstaff Collections** | | | | **0.00** |

Sheet no. __24__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Falcione,**
            **Lisa Marie Falcione**                                     Case No. _____

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx1192**<br><br>**Flagstaff Medical Center CRN** | C | | | | **Medical Services: Original Creditor - Forwarded to Collection Agent: Healthcare Collections LLC** | | | | **0.00** |
| Account No.<br><br>**Floor Co.**<br>**87 S. Williams Dillard Dr**<br>**Gilbert, AZ 85233** | C | | | | **Trade debt** | | | | **Unknown** |
| Account No.<br><br>**Folks & O'Connor, PLLC**<br>**1850 N. Central Ave**<br>**Ste 1140**<br>**Phoenix, AZ 85004** | C | | | | **Duplicate Debt: Original Creditor M&I Marshall and Ilsley Bank**<br>**Case No. CV2009-034741** | | | X | **291,875.92** |
| Account No.<br><br>**Gainey Ranch- Club Corp**<br>**7600 Gainey Club Dr.**<br>**Scottsdale, AZ 85258** | C | | | | **Trade debt** | | | | **Unknown** |
| Account No.<br><br>**General Cleaning**<br>**1 W Deer Valley Rd**<br>**Phoenix, AZ 85027** | C | | | | **Trade debt** | | | | **Unknown** |

Sheet no. __25__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                    (Total of this page)       **291,875.92**

In re **John Falcione,**
    **Lisa Marie Falcione**

Case No. _____

_____ ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Gino's Giant Slice 1649 E. Florence Blvd. Casa Grande, AZ 85222 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| GMD WallCovering c/o National Contractor Svcs Corp 1010 E Jefferson Phoenix, AZ 85034 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| GMS Concrete Specialist, Inc. 5325 W. Mohave Phoenix, AZ 85043 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Greg Allen 2550 N. Thunderbird Circle #132 Mesa, AZ 85215 | C | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Gridmen Investments, Inc. DBA Gridmen Interiors 11338 W Rosewood Dr Avondale, AZ 85392 | C | | | | | | | Unknown |

Sheet no. __26__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gybs Plumbing**<br>**1536 N. Shultz Pl**<br>**Casa Grande, AZ 85222** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**Haskins Electric LLC**<br>**1414 N 25th Ave**<br>**Phoenix, AZ 85079** | | C | Trade debt | | | | Unknown |
| Account No. **xx6107**<br><br>**Healthcare Collections LLC**<br>**PO Box 82910**<br>**Phoenix, AZ 85071-2910** | | C | Duplicate Debt: Original Creditor: Flagstaff Medical Center CRN | | | | 480.00 |
| Account No.<br><br>**Hoctor Refrigeration & Heating, Inc**<br>**5624 North 54th Ave**<br>**Glendale, AZ 85301** | | C | Trade debt | | | | Unknown |
| Account No.<br><br>**Holden Willits Murphy PLC**<br>**Two North Central Ave**<br>**Ste. 1700**<br>**Phoenix, AZ 85004** | | C | Duplicate Debt: Original Creditor Phoenix Paving & Seal Coating, Inc.<br>Case No. CV2009-034413 | | | X | 36,188.00 |

Sheet no. __27__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,668.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Hsin Cafe** **25 Massachusetts Ave.** **Boston, MA 02115** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Duplicate Debt: Original Creditor: RB Building Systems, LLC Case No. CV2009-026830 | | | | |
| **Hunter, Humphrey & Yavitz, PLC** **2633 E Indian School Rd** **Ste 440** **Phoenix, AZ 85016** | C | | | | | | | X | **62,636.82** |
| Account No. | | | | | Trade debt | | | | |
| **Imperial Wholesale Inc** **9602 E. Main St** **Mesa, AZ 85207** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Infinity Fire Protection** **17455 N. Black Canyon Hwy** **Phoenix, AZ 85023** | C | | | | | | | | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Interior Logic** **1625 W. University Dr** **#115** **Tempe, AZ 85281** | C | | | | | | | | **Unknown** |

Sheet no. __28__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,636.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **John Falcione,**                                         Case No. _____
           **Lisa Marie Falcione**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Invision Electric** **P.O. Box 1256** **Higley, AZ 85236** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Isokern of Arizona, Inc** **2745 E Wier Avenue** **Phoenix, AZ 85040** | | C | | | | | **Unknown** |
| Account No. | | | Duplicate Debt: Forwarded to Law Firm Bluff & Associates, PC Case No. CV2009-038781 | | | | |
| **James & Connie Contes** **Southeast Regional Court Center** **222 E Javelina Ave** **Mesa, AZ 85210** | X | C | | | | X | **0.00** |
| Account No. | | | Duplicate Debt: Original Creditor: Sun Grove Medical LLC Case No. CV2009-027242 | | | | |
| **Jennings Strouss & Salmon, PLC** **201 E Washington St** **11th Floor** **Phoenix, AZ 85004-2385** | | C | | | | X | **Unknown** |
| Account No. | | | Original Creditor: Essco Wholesale Electric Inc. Case No. CV2009-005586 | | | | |
| **Jennings, Haug & Cunningham LLP** **2800 N. Central Ave. Ste 1800** **Phoenix, AZ 85004** | | C | | | | | **0.00** |

Sheet no. \_\_**29**\_\_ of \_\_**45**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal            **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           

In re    **John Falcione,**
         **Lisa Marie Falcione**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Jennings, Haug & Cunningham, LLP 2800 N. Central Ave., Ste 1800 Phoenix, AZ 85004** | C | | | | Original Creditor: Essco Wholesale Electric LLP Case No. CV2009-005623 | | | | **Unknown** |
| Account No. **Jennings, Haug & Cunningham, LLP 2800 N. Central Ave, Ste 1800 Phoenix, AZ 85004** | C | | | | Original Creditor: Essco Wholesale Electric Inc. Case No. CV2009-006505 | | | | **Unknown** |
| Account No. **JK Alarms of Arizona, Inc 4114 E. Indian School Road, Ste 3 Phoenix, AZ 85018** | C | | | | Trade debt | | | | **Unknown** |
| Account No. **JRM Environmental, Inc 4240 N. Brown Ave, Ste C Scottsdale, AZ 85251** | C | | | | Trade debt | | | | **Unknown** |
| Account No. **Kachina Doors & Trim 1743 S. Holbrook Tempe, AZ 85281** | C | | | | Trade debt | | | | **Unknown** |

Sheet no. __30__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**
       **Lisa Marie Falcione**                                    Case No. _____

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| KCI Doors and Hardware 2333 N 35th Ave Phoenix, AZ 85009 | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| KDM Contracting, Inc 219 West Lone Cactus Dr Phoenix, AZ 85027 | C | | | | | | | |
| | | | | | | | | Unknown |
| Account No. xxxx xx. xx1243 | | | | Business Contract Dispute | | | | |
| KDM Contracting, Inc. 219 W. Lone Cactus Phoenix, AZ 85027 | X C | | | | | | X | |
| | | | | | | | | 14,174.40 |
| Account No. | | | | Duplicate Debt: Forwarded to Law Firm Petrie & Venditti, PLC Business Contract | | | | |
| Khurana, Inc. 3665 E Maffeo Rd Phoenix, AZ 85050 | X C | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| King Insulation 10810 N. Tatums Blvd, #102-329 Phoenix, AZ 85028 | C | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __31__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                      Subtotal (Total of this page)     14,174.40

In re    **John Falcione,**                                          Case No. _____
        **Lisa Marie Falcione**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Krishna Management, LLC**<br>**5130 W Thunderbird Rd**<br>**Ste 3**<br>**Glendale, AZ 85306** | X | C | | **Duplicate Debt: Forwarded to Law Firm Bhakta & Associates, PLLC**<br>**Case No. CV2009-037468** | | | X | 0.00 |
| Account No.<br><br>**La Estancia**<br>**6445 S. Maple Ave.**<br>**Tempe, AZ 85283** | | C | | Trade debt | | | | Unknown |
| Account No. xxxx7863<br><br>**Laboratory Corporation of America**<br>**PO Box 2240**<br>**Burlington, NC 27216-2240** | | C | | Medical Services | | | | 62.25 |
| Account No.<br><br>**Landmark Cabinet Company**<br>**1135 N. Mcqueen #137**<br>**Gilbert, AZ 85233** | | C | | Trade debt | | | | Unknown |
| Account No.<br><br>**Life Schools**<br>**459 N. Gilbert Rd.**<br>**Gilbert, AZ 85234** | | C | | Trade debt | | | | Unknown |

Sheet no. __32__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal          | 62.25
                                  (Total of this page)

In re   **John Falcione,**                                      Case No. _____
                **Lisa Marie Falcione**

                                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Little Caesars**<br>**2211 Woodward Ave.**<br>**Detroit, MI 48201** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Luis Vasquez Masonry**<br>**20731 E. Watford Dr.**<br>**Queen Creek, AZ 85242** | | C | | | | | **Unknown** |
| Account No. xxxx-xxxx-xxxx-9308 | | | Credit card purchases | | | | |
| **M&I Bank**<br>**PO Box 1111**<br>**Madison, WI 53701** | | C | | | | | **7,091.41** |
| Account No. xxxx-xxxx-xxxx-5737 | | | 08/2006<br>Credit card purchases | | | | |
| **M&I Bank**<br>**PO Box 1111**<br>**Madison, WI 53701-1111** | | C | | | | | **0.00** |
| Account No. | | | Duplicate Debt: Forwarded to Law Firm Folks & O'Connor, PLLC<br>Case No. CV2009-034741 | | | | |
| **M&I Marshall and Ilsley Bank**<br>**770 N Water ST**<br>**Milwaukee, WI 53202** | X | C | | | | X | **0.00** |

Sheet no. __33__ of __45__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)        **7,091.41**

In re    **John Falcione,**
         **Lisa Marie Falcione**                                      Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**M/J Contracting, LLC**<br>**4056 E Downing St**<br>**Mesa, AZ 85205** | C | | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Madera Iron Doors**<br>**c/o Stephen O Bradley**<br>**9606 E Lompoe Ave**<br>**Mesa, AZ 85212** | C | | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Maduro Cigar Shoppe**<br>**4985 S. Alma School Rd.**<br>**Chandler, AZ 85249** | C | | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Mariscal, Weeks, McIntyre & Friedlander**<br>**Don Dyekman**<br>**2901 N. Central Ave Suite 200**<br>**Phoenix, AZ 85012** | C | | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Marks Valley Grading & Excavating, Inc.**<br>**2425 N. Center St**<br>**Mesa, AZ 85201** | C | | | Trade debt | | | | **Unknown** |

Sheet no. __34__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   **John Falcione,**
         **Lisa Marie Falcione**
                                                 ,
                                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx4418** <br><br> **Mercy Gilbert Medical Center** <br> **3555 S Val Vista Dr** <br> **Gilbert, AZ 85297** | C | | | | Medical Services | | | | **1,909.64** |
| Account No. **xxxx3924** <br><br> **Mercy Gilbert Medical Center** <br> **3555 S Val Vista Dr** <br> **Gilbert, AZ 85297** | C | | | | Medical Services | | | | **650.00** |
| Account No. <br><br> **Mesa Insulation, Inc.** <br> **748 S. Drew St** <br> **Mesa, AZ 85210** | C | | | | Trade debt | | | | **Unknown** |
| Account No. <br><br> **Midwest Glass** <br> **1900 N McClintock Suite 1** <br> **Tempe, AZ 85281** | C | | | | Trade debt | | | | **Unknown** |
| Account No. <br><br> **Monsoon Roofing** <br> **577 East Ray Road** <br> **Gilbert, AZ 85296-4002** | C | | | | Trade debt | | | | **Unknown** |

Sheet no. __35__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,559.64**

In re    **John Falcione,**
       **Lisa Marie Falcione**                       Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Mooney, Wright & Moore, PLLC** <br> **Mesa Financial Plaza, Suite 16000** <br> **1201 S Alma School Rd** <br> **Mesa, AZ 85210-0001** | C | | | | Duplicate Debt: Original Creditor: Tempe Paint & Decorator Center Inc <br> Case No. CV2008-032410 | | | X | **Unknown** |
| Account No. <br><br> **Moore Benham & Beaver, PLC** <br> **7321 N 16th St.** <br> **Phoenix, AZ 85020** | C | | | | Duplicate Debt: Original Creditor Arizona Institute of Spine and Sports Care Ltd. <br> Case No. CV2009-055055 | | | X | **27,206.51** |
| Account No. <br><br> **Murray Insulation** <br> **4377 N. 157th Lane** <br> **Goodyear, AZ 85395** | C | | | | Trade debt | | | | **Unknown** |
| Account No. <br><br> **Nicholas Consolidated, Inc.** <br> **3333 W Vernon Ave** <br> **Phoenix, AZ 85009** | X C | | | | Business Services | | | X | **4,994.92** |
| Account No. xxxxx2885 <br><br> **North Shore Agency, Inc** <br> **270 Spagnoli Rd** <br> **Ste 111** <br> **Melville, NY 11747** | C | | | | Original Creditor: Proactiv Solution | | | | **57.90** |

Sheet no. __36__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
               (Total of this page)        **32,259.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re   **John Falcione,**
       **Lisa Marie Falcione**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cable Services | | | | |
| **NPG Cable** **Flagstaff, AZ** | | C | | | | | **157.72** |
| Account No. | | | Trade debt | | | | |
| **Olsen Bros. Construction** **P.O. Box 31030** **Mesa, AZ 85275-1030** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **On-Site Contents Cleaning & Restoration,** **4815 E. Carefree Hwy. #108-288** **Cave Creek, AZ 85331** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **On-Track Garage Doors** **P.O. Box 22080** **Mesa, AZ 85277** | | C | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Onsite Design** **1769 W. University Dr** **Suite 177-179** **Tempe, AZ 85281-3271** | | C | | | | | **Unknown** |

Sheet no. __37__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **157.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Falcione,**
          **Lisa Marie Falcione**

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Partitions and Accessories, Co.**<br>**1220 S. Pasadena**<br>**Mesa, AZ 85210** | | C | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Paul Johnson Drywall**<br>**9034 N. 23rd Ave**<br>**Suite #1**<br>**Phoenix, AZ 85021** | | C | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Trade debt | | | | |
| **Paul Martinez**<br>**8635 W. Cinnabar**<br>**Peoria, AZ 85345** | | C | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Duplicate Debt: Original Creditor Khurana, Inc. | | | | |
| **Petrie & Venditti, PLC**<br>**4531 N 16th St**<br>**Ste 110**<br>**Phoenix, AZ 85016** | X | C | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Duplicate Debt: Forwarded to Law Firm Holden Willits Murphy PLC<br>Case No. CV2009-034413 | | | | |
| **Phoenix Paving & Seal Coating, Inc.**<br>**19155 E Via Park**<br>**Queen Creek, AZ 85242** | X | C | | | | X | |
| | | | | | | | **0.00** |

Sheet no. __38__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John Falcione,**                                     Case No. _____
        **Lisa Marie Falcione**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Phoenix Paving & Sealcoating, Inc.**<br>**P.O. Box 1921**<br>**AZ 85229-1921** | C | | | **Trade debt** | | | | **Unknown** |
| Account No.<br><br>**Platinum Printing**<br>**1940 West Chandler Blvd Suite A3**<br>**Chandler, AZ 85224** | C | | | **Trade debt** | | | | **Unknown** |
| Account No.<br><br>**Precision Cleaning Services**<br>**1810 E. Madison St.**<br>**Phoenix, AZ 85034** | C | | | **Trade debt** | | | | **Unknown** |
| Account No. **xxxxxx7476**<br><br>**Premier Emergency Medical Specialists**<br>**PO Box 96328**<br>**Oklahoma City, OK 73143-6328** | C | | | **Medical Services** | | | | **16.00** |
| Account No.<br><br>**Premier Eyecare of AZ**<br>**3271 E. Queen Creek Rd.**<br>**Gilbert, AZ 85298** | C | | | **Trade debt** | | | | **Unknown** |

Sheet no. **39** of **45** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                              (Total of this page)     **16.00**

In re  **John Falcione,**
     **Lisa Marie Falcione**

Case No. _____

                                           ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Premier Waste Services, Inc.**<br>**4050 W. Ray Rd.**<br>**Suite 17**<br>**Chandler, AZ 85226** | C | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br>**Premier Window & Door**<br>**2487 S. Gilbert Rd**<br>**Suite 106-490**<br>**Gilbert, AZ 85295** | C | | **Trade debt** | | | | **Unknown** |
| Account No. <br><br>**Primary Mechanical**<br>**15522 N. 174th Ave**<br>**Surprise, AZ 85388** | C | | **Trade debt** | | | | **Unknown** |
| Account No. **xxxxx2885**<br><br>**Proactiv Solution**<br>**PO Box 11448**<br>**Des Moines, IA 50336-1448** | C | | **Duplicate Debt - Forwarded to Collection Agent: North Shore Agency Inc.** | | | | **0.00** |
| Account No. <br><br>**Qwest**<br>**1801 California St.**<br>**Denver, CO 80202** | C | | **Internet Services** | | | | **148.21** |

Sheet no. __40__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**148.21**

In re    **John Falcione,**                                   Case No. _____
       **Lisa Marie Falcione**

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**RB Building Systems LLC** <br>**1617 W Williams Dr** <br>**Phoenix, AZ 85027** | X | C | **Duplicate Debt: Forwarded to Law Firm Hunter, Humphrey & Yavitz, PLC Case No. CV2009-026830** | | | X | 0.00 |
| Account No. <br><br>**Saddlewood Estates Homeowners Assoc.** <br>**19150 E. Vallejo Ct.** <br>**Queen Creek, AZ 85242** | | C | **HOA dues** | | | | Unknown |
| Account No. <br><br>**Saddlewood Homeowners Association** <br>**21448 N. 75th Ave. #6** <br>**Glendale, AZ 85308** | | C | **HOA dues** | | | | Unknown |
| Account No. **xxxxxxx8265** <br><br>**Scottsdale Collection Services** <br>**2501 W Dunlap Ave** <br>**Ste 240** <br>**Phoenix, AZ 85021-1715** | | C | **Duplicate Debt: Original Creditor: Dickerson Orthodontics** | | | | 0.00 |
| Account No. **xx9222** <br><br>**Simon Med Imaging** <br>**PO Box 52001** <br>**DC 905** <br>**Phoenix, AZ 85072** | | C | **Duplicate Debt - Forwarded to Collections: CMRE Financial Services** | | | | 0.00 |

Sheet no. \_\_**41**\_\_ of \_\_**45**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal                                  0.00
                                    (Total of this page)

In re    **John Falcione,**
        **Lisa Marie Falcione**                     Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Smith & Craven PLLC** <br> **4045 E Union Hills Dr** <br> **Bldg B, Ste 112** <br> **Phoenix, AZ 85050** | | C | **Duplicate Debt: Original Creditor: Troyer Installation & Hardware LLC** <br> **Case No. CV2008-054290** | | | X | **Unknown** |
| Account No. **xxxxx9632** <br><br> **Sonora Quest Laboratories LLC** <br> **1255 W. Washington St** <br> **Tempe, AZ 85281** | | C | **Duplicate Debt: Forwarded to American Medical Collection Agency** | | | | **0.00** |
| Account No. <br><br> **Steeler, Inc.** <br> **10023 Martin Luther King Jr Way S** <br> **Seattle, WA 98178** | X | C | **Business Services** | | | X | **2,448.05** |
| Account No. <br><br> **Sterling Point Apartments** <br> **Flagstaff, AZ** | | C | **Deficiency Balance** | | | | **5,000.00** |
| Account No. <br><br> **Sun Grove Medical LLC** <br> **14020 N Northsight Blvd** <br> **Scottsdale, AZ 85250** | X | C | **Duplicate Debt: Forwarded to Law Firm Jennings Strouss & Salmon, PLC** <br> **Case No. CV2009-027242** | | | X | **0.00** |

Sheet no. __42__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                          (Total of this page)      **7,448.05**

In re **John Falcione,**
       **Lisa Marie Falcione**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Tempe Crossing c/o Herb Cook**<br>**9845-9895 S. Priest Dr.**<br>**Tempe, AZ 85284** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Tempe Paint & Decorator Center Inc**<br>**6515 S Rural Rd**<br>**Tempe, AZ 85283** | X | C | | Duplicate Debt: Forwarded to Law Firm Mooney, Wright & Moore, PLLC Case No. CV2008-032410 | | | X | **0.00** |
| Account No.<br><br>**The Great Organization, Inc**<br>**16205 N. 76th St.**<br>**Scottsdale, AZ 85260** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**The Masonry Group**<br>**P.O. Box 28396**<br>**Scottsdale, AZ 85255** | | C | | Trade debt | | | | **Unknown** |
| Account No.<br><br>**Thomas Schern Richardson, PLLC**<br>**1640 S Stapley Dr**<br>**Ste 205**<br>**Mesa, AZ 85204** | | C | | Duplicate Debt: Original Creditor CMJ Cabinet Installation, Inc. Case No. CV2009-093698 | | | X | **87,446.00** |

Sheet no. __43__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**87,446.00**

In re __John Falcione,__
       __Lisa Marie Falcione__

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | J C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Town of Guadalupe- Park Facility** **9241 S. Avenida Del Yaqui** **Tempe, AZ 85283** | | C | | | | | | | **Unknown** |
| Account No. | | | | | Duplicate Debt: Forwarded to Law Firm Smith & Craven, PLLC **Case No. CV2008-054290** | | | | |
| **Troyer Installation & Hardware LLC** **43595 W Bravo Ct** **Maricopa, AZ 85239** | X | C | | | | | | X | **0.00** |
| Account No. | | | | | Trade debt | | | | |
| **Warner Village c/o Bill Douglas** **740 N. 52nd St. Ste 200** **Phoenix, AZ 85008** | | C | | | | | | | **Unknown** |
| Account No. | | | | | Duplicate Debt: Original Creditor: Accutemp Refrigeration **Case No. CV2009-014696** | | | | |
| **Wees Law Firm LLC** **2600 N Central Ave** **Ste 635** **Phoenix, AZ 85004** | | C | | | | | | X | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Yogurt Jungle** **21202 S. Ellsworth Loop Rd. Ste 108** **Queen Creek, AZ 85242** | | C | | | | | | | **Unknown** |

Sheet no. __44__ of __45__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Falcione,**
        **Lisa Marie Falcione**

Case No. _____

Debtors ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Services | | | | |
| **Younger Brothers Construction Company 8525 N 75th Ave Peoria, AZ 85345** | X | C | | | | | X | |
| | | | | | | | | **7,020.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __45__ of __45__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **7,020.00** |
| Total (Report on Summary of Schedules) | | **1,161,678.04** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re   **John Falcione,**                                       Case No. _____

          **Lisa Marie Falcione**

_____ ,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **John Falcione,**
**Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Allen Karim and Charles Lawrence**<br>**dba Downtown Ocotillo Development**<br>**580 S. College Ave. Ste 201**<br>**Tempe, AZ 85281** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Alliance Lumber LLC**<br>**1505 W Whispering Wind Dr**<br>**Ste 103**<br>**Phoenix, AZ 85085** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Anderson- L&G Octillo 10, LLC**<br>**c/o Kyle B. Hettinger**<br>**2901 N. Central Ave.**<br>**Phoenix, AZ 85012** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **Apodaca Wall Systems, Inc.**<br>**5740 W Buckeye Rd**<br>**Phoenix, AZ 85043** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **Nicholas Consolidated, Inc.**<br>**3333 W Vernon Ave**<br>**Phoenix, AZ 85009** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **Steeler, Inc.**<br>**10023 Martin Luther King Jr Way S**<br>**Seattle, WA 98178** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **Younger Brothers Construction Company**<br>**8525 N 75th Ave**<br>**Peoria, AZ 85345** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **Khurana, Inc.**<br>**3665 E Maffeo Rd**<br>**Phoenix, AZ 85050** |
| **ARC/Sanctuary LLC, a Nevada LLC**<br>**21 W Baldwin Rd**<br>**Ojai, CA 93023** | **Petrie & Venditti, PLC**<br>**4531 N 16th St**<br>**Ste 110**<br>**Phoenix, AZ 85016** |

**10**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Falcione,**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　**Lisa Marie Falcione**

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Babak Motamedi** | **Tempe Paint & Decorator Center Inc**<br>**6515 S Rural Rd**<br>**Tempe, AZ 85283** |
| **Barbara Marsh** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Carolyn F Grant** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Cecil H Capps** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Charles Howard** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Choice Bank**<br>**15190 N. Hayden Rd.**<br>**Scottsdale, AZ 85260** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Colon and Rectal Center of Arizona**<br>**6245 N. 16th St.**<br>**Phoenix, AZ 85016** | **Essco Wholesale Electric Inc.**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **Contractors Bonding & Insurance Company**<br>**2999 N. 44th Street**<br>**Ste 450**<br>**Phoenix, AZ 85018** | **Arizona Wholesale Supply Company**<br>**2020 E University**<br>**Phoenix, AZ 85034** |
| **Contractors Bonding & Insurance Company**<br>**2999 N. 44th Street**<br>**Ste 450**<br>**Phoenix, AZ 85018** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Contractors Bonding & Insurance Company**<br>**2999 N. 44th Street**<br>**Ste 450**<br>**Phoenix, AZ 85018** | **Phoenix Paving & Seal Coating, Inc.**<br>**19155 E Via Park**<br>**Queen Creek, AZ 85242** |
| **Cynthia J Godfrey** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Daas Healthcare c/o Jatin Bhagwan Daas**<br>**19841 N. 27th Ave.**<br>**Phoenix, AZ 85027** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |

Sheet ___1___ of ___10___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re    **John Falcione,**
         **Lisa Marie Falcione**                                          Case No. _____

_____ ,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dawn Ferra** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Debbie L Snider** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Arizona Wholesale Supply Company**<br>**2020 E University**<br>**Phoenix, AZ 85034** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **CMJ Cabinet Installation, Inc.**<br>**2746 E Vermont Dr**<br>**Gilbert, AZ 85295** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Krishna Management, LLC**<br>**5130 W Thunderbird Rd**<br>**Ste 3**<br>**Glendale, AZ 85306** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Arizona Institute of Spine & Sports Care**<br>**20333 N 19th Ave**<br>**Ste 108**<br>**Phoenix, AZ 85027** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **M&I Marshall and Ilsley Bank**<br>**770 N Water ST**<br>**Milwaukee, WI 53202** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **KDM Contracting, Inc.**<br>**219 W. Lone Cactus**<br>**Phoenix, AZ 85027** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Tempe Paint & Decorator Center Inc**<br>**6515 S Rural Rd**<br>**Tempe, AZ 85283** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Apodaca Wall Systems, Inc.**<br>**5740 W Buckeye Rd**<br>**Phoenix, AZ 85043** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Nicholas Consolidated, Inc.**<br>**3333 W Vernon Ave**<br>**Phoenix, AZ 85009** |

Sheet  __2__  of  __10__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **John Falcione,**
         **Lisa Marie Falcione**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Steeler, Inc.**<br>**10023 Martin Luther King Jr Way S**<br>**Seattle, WA 98178** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Younger Brothers Construction Company**<br>**8525 N 75th Ave**<br>**Peoria, AZ 85345** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Khurana, Inc.**<br>**3665 E Maffeo Rd**<br>**Phoenix, AZ 85050** |
| **Dennette M. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Petrie & Venditti, PLC**<br>**4531 N 16th St**<br>**Ste 110**<br>**Phoenix, AZ 85016** |
| **Devera Cline** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Ernest Martinelli** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Falcione Family Trust** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **First Savings Bank** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **First Savings Bank**<br>**7047 E. Greenway Pkwy Ste 250**<br>**Scottsdale, AZ 85254** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Helen M. Clifton** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **James A Brennan** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Joan Ryba** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Joseph W Sabia** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |

Sheet __3__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **John Falcione,**
      **Lisa Marie Falcione**

Case No. _____

_____,
<div align="center">Debtors</div>

<div align="center">

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Josephine Capece** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Judean A Schmidt** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **K2 Land Advisors LLC**<br>**17 S Roosevelt**<br>**Ste 1**<br>**Chandler, AZ 85226** | **Phoenix Paving & Seal Coating, Inc.**<br>**19155 E Via Park**<br>**Queen Creek, AZ 85242** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Arizona Wholesale Supply Company**<br>**2020 E University**<br>**Phoenix, AZ 85034** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **CMJ Cabinet Installation, Inc.**<br>**2746 E Vermont Dr**<br>**Gilbert, AZ 85295** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Krishna Management, LLC**<br>**5130 W Thunderbird Rd**<br>**Ste 3**<br>**Glendale, AZ 85306** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Arizona Institute of Spine & Sports Care**<br>**20333 N 19th Ave**<br>**Ste 108**<br>**Phoenix, AZ 85027** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **M&I Marshall and Ilsley Bank**<br>**770 N Water ST**<br>**Milwaukee, WI 53202** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **KDM Contracting, Inc.**<br>**219 W. Lone Cactus**<br>**Phoenix, AZ 85027** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **American Building & Contractors Supply**<br>**c/o Mariscal Weeks McIntyre & Friedlande**<br>**2901 N Central Ave, Ste 200**<br>**Phoenix, AZ 85012** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Tempe Paint & Decorator Center Inc**<br>**6515 S Rural Rd**<br>**Tempe, AZ 85283** |

Sheet  **4**  of  **10**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John Falcione,**
        **Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Apodaca Wall Systems, Inc.**<br>**5740 W Buckeye Rd**<br>**Phoenix, AZ 85043** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Nicholas Consolidated, Inc.**<br>**3333 W Vernon Ave**<br>**Phoenix, AZ 85009** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Steeler, Inc.**<br>**10023 Martin Luther King Jr Way S**<br>**Seattle, WA 98178** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Younger Brothers Construction Company**<br>**8525 N 75th Ave**<br>**Peoria, AZ 85345** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Khurana, Inc.**<br>**3665 E Maffeo Rd**<br>**Phoenix, AZ 85050** |
| **Karl A. Tunberg**<br>**2036 E La Vieve Ln**<br>**Tempe, AZ 85284** | **Petrie & Venditti, PLC**<br>**4531 N 16th St**<br>**Ste 110**<br>**Phoenix, AZ 85016** |
| **Kravitz Schnitzer & Sloane Chtd 401(k)** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Kravitz Schnitzer And Sloane**<br>**8985 South Eastern Ave. Ste 200**<br>**Las Vegas, NV 89123** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **L & G Land, LLC c/o M. Joyce Geyser, PC**<br>**5601 E. Wonderview Rd.**<br>**Phoenix, AZ 85018** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **M&I Bank**<br>**PO Box 2045**<br>**Milwaukee, WI 53201** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Marilyn Gillespie Davis** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Martinelli Family Limited Partnership** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Marvin L Schmidt** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |

Sheet __5__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **John Falcione,**
       **Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Loudermild** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Midfirst Bank**<br>**3030 E. Camelback Rd.**<br>**Phoenix, AZ 85016** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Mildred Murphy** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Nancy Kelly** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Raymond J Poncia** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Robert C Bisnett** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Robert F Joslin** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Robert Ferra** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Robert J Smeath** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Robert S Jaye** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Sanctuary Builder, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **American Building & Contractors Supply**<br>**c/o Mariscal Weeks McIntyre & Friedlande**<br>**2901 N Central Ave, Ste 200**<br>**Phoenix, AZ 85012** |
| **Sanctuary Builder, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **RB Building Systems LLC**<br>**1617 W Williams Dr**<br>**Phoenix, AZ 85027** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re     **John Falcione,**
          **Lisa Marie Falcione**                                         Case No. _____

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sanctuary Builder, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Sun Grove Medical LLC**<br>**14020 N Northsight Blvd**<br>**Scottsdale, AZ 85250** |
| **Sanctuary Design LLC**<br>**17 South Roosevelt Ave.**<br>**Chandler, AZ 85226** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Sanctuary Design LLC**<br>**17 South Roosevelt Ave.**<br>**Chandler, AZ 85226** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **Sanctuary Design LLC**<br>**17 South Roosevelt Ave.**<br>**Chandler, AZ 85226** | **Nevada State Bank**<br>**750 E. Warm Springs Rd.**<br>**Las Vegas, NV 89119** |
| **Sanctuary Design LLC**<br>**17 South Roosevelt Ave.**<br>**Chandler, AZ 85226** | **FDIC**<br>**40 Pacifica Suite 1000**<br>**Irvine, CA 92618** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Arizona Wholesale Supply Company**<br>**2020 E University**<br>**Phoenix, AZ 85034** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **CMJ Cabinet Installation, Inc.**<br>**2746 E Vermont Dr**<br>**Gilbert, AZ 85295** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Krishna Management, LLC**<br>**5130 W Thunderbird Rd**<br>**Ste 3**<br>**Glendale, AZ 85306** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Arizona Institute of Spine & Sports Care**<br>**20333 N 19th Ave**<br>**Ste 108**<br>**Phoenix, AZ 85027** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **M&I Marshall and Ilsley Bank**<br>**770 N Water ST**<br>**Milwaukee, WI 53202** |

Sheet __7__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John Falcione,**                                                    Case No. _____
         **Lisa Marie Falcione**

_____,
                            Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Phoenix Paving & Seal Coating, Inc.**<br>**19155 E Via Park**<br>**Queen Creek, AZ 85242** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **KDM Contracting, Inc.**<br>**219 W. Lone Cactus**<br>**Phoenix, AZ 85027** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Sun Grove Medical LLC**<br>**14020 N Northsight Blvd**<br>**Scottsdale, AZ 85250** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Tempe Paint & Decorator Center Inc**<br>**6515 S Rural Rd**<br>**Tempe, AZ 85283** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Apodaca Wall Systems, Inc.**<br>**5740 W Buckeye Rd**<br>**Phoenix, AZ 85043** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Nicholas Consolidated, Inc.**<br>**3333 W Vernon Ave**<br>**Phoenix, AZ 85009** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Steeler, Inc.**<br>**10023 Martin Luther King Jr Way S**<br>**Seattle, WA 98178** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Younger Brothers Construction Company**<br>**8525 N 75th Ave**<br>**Peoria, AZ 85345** |
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Khurana, Inc.**<br>**3665 E Maffeo Rd**<br>**Phoenix, AZ 85050** |

Sheet __8__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **John Falcione,**
     **Lisa Marie Falcione**
                                           ,

Case No. _____

                                               Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sanctuary Design, LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Petrie & Venditti, PLC**<br>**4531 N 16th St**<br>**Ste 110**<br>**Phoenix, AZ 85016** |
| **Sanctuary Development LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **Arizona Institute of Spine & Sports Care**<br>**20333 N 19th Ave**<br>**Ste 108**<br>**Phoenix, AZ 85027** |
| **Sanctuary Development LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Sanctuary Renovation & Remodel LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Sanctuary Sales LLC**<br>**1403 W 10th Pl**<br>**Ste B-107**<br>**Tempe, AZ 85281** | **James & Connie Contes**<br>**Southeast Regional Court Center**<br>**222 E Javelina Ave**<br>**Mesa, AZ 85210** |
| **Sandra Smith** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Spencer Douglas Alvey** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Spencer Douglas Alvey**<br>**17626 E. San Tan Blvd.**<br>**Queen Creek, AZ 85243** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Spencer Douglas Alvey**<br>**17626 E. San Tan Blvd.**<br>**Queen Creek, AZ 85243** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **Spencer Douglas Alvey**<br>**17626 E. San Tan Blvd.**<br>**Queen Creek, AZ 85243** | **Essco Wholesale Electric Inc.**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **Stephen L Capece** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Taylor Samuels** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |

Sheet __9__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **John Falcione,**
         **Lisa Marie Falcione**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Egg & I Cafe- Ocotillo**<br>**2625 W. Queen Creek Rd.**<br>**Chandler, AZ 85248** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Thomas Y Hartley** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Thunder Struck Electric**<br>**18307 E. San Tan Blvd.**<br>**Queen Creek, AZ 85242** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Place**<br>**Chandler, AZ 85225** |
| **Thunder Struck Electric**<br>**18307 East San Tan Blvd.**<br>**Queen Creek, AZ 85142** | **Essco Wholesale Electric Inc.**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **Thunder Struck Electric**<br>**18307 East San Tan Blvd.**<br>**Queen Creek, AZ 85142** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **Tom Shanlee** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Treeview LLC** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Troy Smith** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Wells Fargo Bank Arizona NA** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Western Underground LLC c/o Kevin Doyle**<br>**1925 W. Adobe Dr.**<br>**Phoenix, AZ 85027** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |
| **William R Boyd** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **William R Godfrey** | **Troyer Installation & Hardware LLC**<br>**43595 W Bravo Ct**<br>**Maricopa, AZ 85239** |
| **Zead Family Limited Partnership**<br>**19841 N. 27th Ave. Ste 300**<br>**Phoenix, AZ 85027** | **Essco Wholesale Electric Inc**<br>**175 E. Corporate Pl.**<br>**Chandler, AZ 85225** |

Sheet __10__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6I (Official Form 6I) (12/07)**

In re    **John Falcione**
         **Lisa Marie Falcione**                               Case No. _____
                                 Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**17**<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **unemployed** | **unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **0.00** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **0.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtors are actively looking for work, and intend to form a new construction business following the bankruptcy.**

In re    **John Falcione**
     **Lisa Marie Falcione**            Case No. _____

                           Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|     a. Are real estate taxes included?      Yes ____     No _X_ | | |
|     b. Is property insurance included?      Yes ____     No _X_ | | |
| 2. Utilities:     a. Electricity and heating fuel | | $ 900.00 |
|              b. Water and sewer | | $ 0.00 |
|              c. Telephone | | $ 365.00 |
|              d. Other   **Garbage** | | $ 45.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 950.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 180.00 |
| 8. Transportation (not including car payments) | | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | | $ 144.00 |
|              b. Life | | $ 0.00 |
|              c. Health | | $ 0.00 |
|              d. Auto | | $ 511.00 |
|              e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)   **Real Estate** | | $ 500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | | $ 0.00 |
|              b. Other | | $ 0.00 |
|              c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
|     Other | | $ 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,295.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Debtors intend to surrender their home, which will save them on a number of expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 4,295.00 |
| c.   Monthly net income (a. minus b.) | $ | -4,295.00 |

# United States Bankruptcy Court
## District of Arizona

In re   **John Falcione**
**Lisa Marie Falcione**

Debtor(s)

Case No. _____

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **70**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 15, 2010**     Signature   **/s/ John Falcione**
**John Falcione**
Debtor

Date   **January 15, 2010**     Signature   **/s/ Lisa Marie Falcione**
**Lisa Marie Falcione**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **John Falcione**
         **Lisa Marie Falcione**                            Case No. _____

                                      Debtor(s)                Chapter     **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-10,272.00 | 2008: Both Business Loss |
| $92,203.67 | 2009: Both Sanctuary Design, LLC |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                               SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **M&I Marshall & Ilsley Bank vs. Sanctuary Design, LLC; Dennette M. Turnberg and Karl A. Turnberg, husband and wife; John Falcione and Lisa Falcione, husband and wife**<br>**Case No. CV2009-034741** | **Civil** | **Maricopa County Superior Court**<br>**201 W. Jefferson St.**<br>**Phoenix, AZ 85003-2243** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Krishna Management, LLC vs. Sanctuary Design, LLC a/k/a Sanctuary Builder, LLC; Karl A. Turnberg and Dennette M. Turnberg, d/b/a Sanctuary Builder, LLC; John Falcione and Lisa Falcione, d/b/a Sanctuary Builder, LLC Case No. CV2009-037468** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **James Contes and Connie Contes v. Sanctuary Sales, LLC; Santuary Design, LLC dba Sanctuary Builders; Karl Alexander Tunberg and Dennette Marie Tunberg; John Falcione and Lisa Marie Falcione; ARL-Sanctuary LLC; Sanctuary Development, LLC; Sanctuary Renovation and Remodel, LLC; Contractors Bonding and Insurance Company; Falcione Family Trust (8/9/2006). Case No. CV2009-038781** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Arizona Institute of Spine and Sports Care Ltd. vs. Sanctuary Development, LLC; Sanctuary Design, LLC; Karl A. Tunberg and Dennette M. Tuneberg; John Falcione and Lisa Marie Falcione Case No. CV2009-055055** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **CMJ Cabinet Installation, Inc. v. Sanctuary Design, LLC; John Falcione and Lisa Marie Falcione; Karl Tunberg and Dennette Marie Tunberg Case No. CV2009-093698** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Arizona Wholesale Supply Company v. Sanctuary Design, LLC; Dennette Marie Tunberg; John Facione and Lisa Marie Falcione; Contractors Bonding & Insurance Company, John Does I-V, Jane Does I-V, ABC Corporations I-V AND XYZ Partnerships I-V. Case No. CV2009-055284** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **American Building and Contractors Supply Co Inc v. Sanctuary Builder, LLC; Karl A. Tunberg. Case No. CV2008-030281** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Stipulated Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Accutemp Refrigeration Inc v. Sanctuary Builder LLC Case No. CV2009-014696** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **RB Building Systems LLC v. Sanctuary Builder LLC** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Sun Grove Medical LLC v. Sanctuary Design LLC; Sanctuary Builder LLC Case No. CV2009-027242** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Tempe Paint & Decorator Center Inc v. Sanctuary Design LLC; Karl Turnberg and Dennette Turnberg; Babak Motamedi. Case No. CV2008-032410** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Troyer Installation and Hardware LLC v. Sanctuary Design LLC; Alliance Lumber LLC; et. al. Case No. CV2008-054290** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Essco Wholesale Electric Inc v. Thunder Struck Electric LLC; Spencer Douglas Alvey; Sanctuary Design LLC; et. al. Case No. CV2009-005586** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Essco Wholesale Electric Inc v. Thunder Struck Electric LLC; Spencer Douglas Alvey; Sanctuary Design LLC; et. al. Case No. CV2009-005623** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Essco Wholesale Electric Inc v. Thunder Struck Electric LLC; Spencer Douglas Alvey; Sanctuary Design LLC; et. al. Case No. CV2009-006505** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Phoenix Paving & Seal Coating Inc v. Sanctuary Design LLC; Contractors Bonding & Insurance Company; K2 Land Advisors LLC Case No. CV2009-034413** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **Onsite Design LLC v. Sanctuary Design LLC Case No. CV2009-037163** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |
| **King Insulation of Arizona LLC v. Sanctuary Design LLC; et. al. Case No. CV2009-037271** | **Civil** | **Maricopa County Superior Court 201 W. Jefferson St. Phoenix, AZ 85003-2243** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■    returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■    this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■    and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■    **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Brauer Law Offices PLC**<br>**16430 N. Scottsdale Rd**<br>**Suite 425**<br>**Scottsdale, AZ 85254** | **1/11/2010** | **$3,000.00** |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **John Mecham**<br><br>**friend** | | **Recreational Vehicle - no value received,**<br>**transferee agreed to take over payments to**<br>**creditor** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **M&I Bank**<br>**PO Box 2045**<br>**Milwaukee, WI 53201** | **Student Checking Acct ending -8242**<br>**Lisa Falcione joint with daughter,**<br>**removed debtor's name from account** | **$800.00 - 1/12/2010** |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Barbara J Cieri & Donald Cieri** | **2003 Mini Cooper**<br>**55,000 miles**<br>**$7,925.00** | **Debtor's Residence** |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3285 E Powell Ct**<br>**Gilbert, AZ 85297** | **John Falcione**<br>**Lisa Marie Falcione** | **06/2006 - 05/2007** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sanctuary Design, LLC** | | **1403 W 10th Pl Ste B-107 Tempe, AZ 85281** | **Construction company** | **5/11/2000 - present** |
| **K2 Land Advisors, LLC** | | **17 S Roosevelt Ste 1 Chandler, AZ 85226** | **Construction company** | **05/31/2006 - present** |
| **Sanctuary Development, LLC** | | **1403 W 10th Pl Ste B-107 Tempe, AZ 85281** | **Construction company** | **09/21/2006 - present** |
| **Sanctuary Renovation & Remodel LLC** | | **1403 W 10th Pl Ste B-107 Tempe, AZ 85281** | **Construction company** | **09/14/2007 - present** |
| **Sanctuary Sales LLC** | | **1403 W 10th Pl Ste B-107 Tempe, AZ 85281** | **Construction company** | **11/15/2004 - present** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS
**David L. Stocking, CPA**
**5080 North 40th Street**
**Ste 275**
**Phoenix, AZ 85018**

DATES SERVICES RENDERED
**2000 - present**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                    ADDRESS

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
**Kondaur Capital Corporation**
**1100 Town & Country Rd**
**Ste 1600**
**Orange, CA 92705-6696**

DATE ISSUED
**12/2009**

**M&I Bank Loss Mitigation Dept**
**PO Box 2045**
**Milwaukee, WI 53201**

**Approx. 06/2009**

**Internal Revenue Service**                    **unknown**

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR

DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **January 15, 2010**          Signature **/s/ John Falcione**
                                              **John Falcione**
                                              Debtor

Date **January 15, 2010**          Signature **/s/ Lisa Marie Falcione**
                                              **Lisa Marie Falcione**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re    **John Falcione**
       **Lisa Marie Falcione** _____    Case No. _____

                                       Debtor(s)      Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Corporate Receivables, Inc.** | **Duplicate Debt - Original Creditor: HSBC - 2 All Terain Vehicles - Honda 400 TRX** |

Property will be (check one):
  ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt            ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **FDIC** | **Arboleta Estates**<br>**Saddlewood Estates, Phase II**<br>**Original Creditor: Nevada State Bank** |

Property will be (check one):
  ■ Surrendered                 ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt            ■ Not claimed as exempt

---

Property No. 3

**Creditor's Name:**
**Kondaur Capital Corporation**

**Describe Property Securing Debt:**
**16943 E Stacey Rd**
**Queen Creek, AZ 85242**

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

Property No. 4

**Creditor's Name:**
**M&I Bank**

**Describe Property Securing Debt:**
**16943 E Stacey Rd**
**Queen Creek, AZ 85242**

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

Property No. 5

**Creditor's Name:**
**Nevada State Bank**

**Describe Property Securing Debt:**
**Duplicate Debt**
**Forwarded to: FDIC**
**Arboleta Estates**
**Saddlewood Estates, Phase II**

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**US Bank** | **Describe Property Securing Debt:**<br>**Recreational Vehicle in the possession of Jon Mecham** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 15, 2010**          Signature  **/s/ John Falcione**
                                                **John Falcione**
                                                Debtor

Date  **January 15, 2010**          Signature  **/s/ Lisa Marie Falcione**
                                                **Lisa Marie Falcione**
                                                Joint Debtor

# United States Bankruptcy Court
## District of Arizona

In re   **John Falcione**
       **Lisa Marie Falcione**                          Case No. _____

                                          Debtor(s)           Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,000.00** |
   | Prior to the filing of this statement I have received | $ **3,000.00** |
   | Balance Due | $ **0.00** |

2. $ **299.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 15, 2010**                     **/s/ Jennifer L. Campisano**
                                                **Jennifer L. Campisano**
                                                  **Brauer Law Offices, PLC**
                                                  **16430 N. Scottsdale Rd.**
                                                  **Suite 425**
                                                  **Phoenix, AZ 85254**
                                                  **480-621-3535**

**WARNING: Effective december 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
### District of Arizona

In re    **John Falcione**
**Lisa Marie Falcione** _____    Case No. _____
Debtor(s)    Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

     I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition
Preparer
Address:

Social Security number (If the bankruptcy
petition preparer is not an individual, state
the Social Security number of the officer,
principal, responsible person, or partner of
the bankruptcy petition preparer.) (Required
by 11 U.S.C. § 110.)

X _____

Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose
Social Security number is provided above.

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**John Falcione**
**Lisa Marie Falcione** _____

Printed Name(s) of Debtor(s)


Case No. (if known) _____

X **/s/ John Falcione**      **January 15, 2010**

   Signature of Debtor      Date

X **/s/ Lisa Marie Falcione**      **January 15, 2010**

   Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Arizona

In re    **John Falcione**
      **Lisa Marie Falcione**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION

We, **John Falcione and Lisa Marie Falcione** , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __28__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **January 15, 2010** _____

**/s/ John Falcione** _____
**John Falcione**
Signature of Debtor

Date: **January 15, 2010** _____

**/s/ Lisa Marie Falcione** _____
**Lisa Marie Falcione**
Signature of Debtor

Date: **January 15, 2010** _____

**/s/ Jennifer L. Campisano** _____
Signature of Attorney
**Jennifer L. Campisano**
**Brauer Law Offices, PLC**
**16430 N. Scottsdale Rd.**
**Suite 425**
**Phoenix, AZ 85254**
**480-621-3535**

MML-5

Falcione, John and Lisa Marie -

B/H DRYWALL, STUCCO & PAINTING CO. INC.
627 W. COMMERCE AVE
GILBERT AZ 85233


51ST AVE. & 101 LLC
4201 N. 24TH ST.
PHOENIX AZ 85016


84 LUMBER
275 E WILLIS RD
CHANDLER AZ 85249


AAA ALARM AND SECURITY
1815 W CREST LANE
PHOENIX AZ 85027


ABS FLOOR COVERING
1430 NORTH 29TH AVE
PHOENIX AZ 85009


ACCESS EGRESS
1025 N. MCQUEEN RD.
#156
GILBERT AZ 85233


ACCUTEMP REFRIGERATION
3231 E WASHINGTON
PHOENIX AZ 85035


ACCUTEMP REFRIGERATION
3231 E. WASHINGTON
PHOENIX AZ 85035


ACTION EXCAVATING SERVICE
1418 N. SANTA ANNA CT.
CHANDLER AZ 85244


ADAM BRIGHAM
531 W. CLAREMONT AVE.
PHOENIX AZ 85013


AFFORDABLE DRYWALL
3120 W CAREFEE HIGHWAY
SUITE #1
PHOENIX AZ 85086

Falcione, John and Lisa Marie -


AIR FORCE (HVAC)
2027 N. 37TH PLACE
PHOENIX AZ 85008


AIR MAX
1297 W CARLA VISTA DR
CHANDLER AZ 85224


AKRIBIS ENGINEERING, L.L.C.
1850 N. CENTRAL AVE
STE 550
PHOENIX AZ 85004


ALL AROUND SIGHT & SOUND
P.O. BOX 2097
HIGLEY AZ 85236


ALL DOORS & TRIM, LLC
44117 N. US HWY 60
MORRISTOWN AZ 85342


ALLEN CONSULTING ENGINEERS
2550 N. THUNDERBIRD CIRCLE #132
MESA AZ 85215


ALLEN KARIM AND CHARLES LAWRENCE
DBA DOWNTOWN OCOTILLO DEVELOPMENT
580 S. COLLEGE AVE. STE 201
TEMPE AZ 85281


ALLIANCE FLOORING
5450 S. LAKESHORE DR. #111
TEMPE AZ 85283


ALLIANCE LUMBER LLC
1505 W WHISPERING WIND DR
STE 103
PHOENIX AZ 85085


ALLIED MASONRY LLC
4022 W LINCOLN
PHOENIX AZ 85009

Falcione, John and Lisa Marie -


ALLIED WASTE TRANSPORTATION, INC.,
DBA PARADISE WASTE
18500 NORTH ALLIED WAY
PHOENIX AZ 85054


ALLSTATE G.E.S. APPLIANCE, INC.
7399 E. TIERRA BUENA LANE, #2
SCOTTSDALE AZ 85260


ALPHA OMEGA SURVEYING
3146 E. FOUNTAIN ST
MESA AZ 85213


ALTA VISTA MASONRY
8650 N. 35TH
PHOENIX AZ 85051


ALUGLASS
3165 N. COLORADO ST
CHANDLER AZ 85225


AMERICAN BUILDING & CONTRACTORS SUPPLY
C/O MARISCAL WEEKS MCINTYRE & FRIEDLANDE
2901 N CENTRAL AVE, STE 200
PHOENIX AZ 85012


AMERICAN GLASS TINT, INC.
218 W. HAMPTON
SUITE 7
MESA AZ 85210


AMERICAN MEDICAL COLLECTION AGENCY
2269 S. SAW MILL RIVER RD.
BLDG 3
ELMSFORD NY 10523


AMK ELECTRIC
829 EAST ROSEBUD DRIVE
QUEEN CREEK AZ 85243


ANCIENT STONE BY VASILOIS
1210 E. NORTHERN AVE
PHOENIX AZ 85020

Falcione, John and Lisa Marie -


ANDERSON NELSON
4143 N. 12TH ST
SUITE 200
PHOENIX AZ 85014


ANDERSON- L&G OCTILLO 10, LLC
C/O KYLE B. HETTINGER
2901 N. CENTRAL AVE.
PHOENIX AZ 85012


ANOZIRA DOOR SYSTEMS
685 W. LA VIEVE LN.
TEMPE AZ 85284


ANR CONSTRUCTION, LLC.
6415 S. 122ND AVE
TOLLESON AZ 85353


APODACA
5740 E. BUCKEYE RD
PHOENIX AZ 85043


APODACA WALL SYSTEMS, INC.
5740 W BUCKEYE RD
PHOENIX AZ 85043


ARC/SANCTUARY LLC, A NEVADA LLC
21 W BALDWIN RD
OJAI CA 93023


ARISTONE DESIGNS, INC
1615 E. WEBER DRIVE
TEMPE AZ 85281


ARIZONA DOOR & TRIM
16508 E. LASER DRIVE
SUITE 103
FOUNTAIN HILLS AZ 85268


ARIZONA FIREPLACE
3434 E. ATLANTA AVE
PHOENIX AZ 85040

Falcione, John and Lisa Marie -


ARIZONA FOAM ROOFING
222 SOUTH DATE ST
MESA AZ 85211


ARIZONA GLASS SPECIALISTS
3164 S. COUNTRY CLUB DR. SUITE #5
MESA AZ 85210


ARIZONA INSTITUTE OF SPINE & SPORTS CARE
20333 N 19TH AVE
STE 108
PHOENIX AZ 85027


ARIZONA PROPANE
10225 E MCKELLIPS RD
PO BOX 3629
SCOTTSDALE AZ 85271


ARIZONA PROPANE
5246 N.W. GRAND AVE
GLENDALE AZ 85301


ARIZONA WASHROOM PARTITIONS
4849 S. 36TH ST
PHOENIX AZ 85040


ARIZONA WASTE SERVICE INC.
1500 S. 7TH ST
PHOENIX AZ 85034


ARIZONA WHOLESALE
2020 E. UNIVERSITY
PHOENIX AZ 85034


ARIZONA WHOLESALE SUPPLY COMPANY
2020 E UNIVERSITY
PHOENIX AZ 85034


ARROWHEAD GASTROENTEROLOGY C/O DR. PADDA
20100 N. 51ST AVE.
GLENDALE AZ 85308


ARTISTIC STAIRS
4116 E. SUPERIOR AVE #7
PHOENIX AZ 85040-1727

Falcione, John and Lisa Marie -


AVS FRAMING & DRYWALL, LLC.
P.O. BOX 80804
PHOENIX AZ 85060


AZ PROPANE CO.
P.O. BOX 3629
SCOTTSDALE AZ 85271-3629


AZ WHOLESALE SUPPLY CO.
P.O. BOX 2979
PHOENIX AZ 85062


BABAK MOTAMEDI


BARBARA MARSH


BEST GLASS
5149 N. 7TH AVE
PHOENIX AZ 85013


BHAKTA & ASSOCIATES, PLLC
2415 E CAMELBACK RD
STE 700-24
PHOENIX AZ 85016


BIG PAN DISTRIBUTION
3532 W. NORTHERN AVE.
PHOENIX AZ 85051


BILT RITE
4541 E. VIRGINIA ST.
SCOTTSDALE AZ 85251


BLUE PHOENIX MECHANICAL, INC.
6926 E. PARKWAY NORTE
MESA AZ 85212


BLUFF & ASSOCIATES, PC
844 N 4TH AVE
PHOENIX AZ 85003-1314

Falcione, John and Lisa Marie -


BMW FINANCIAL SERVICES
5550 BRITTON PKWY
HILLIARD OH 43026


BOOTZ MANUFACTURING, INC.
25 S. 41ST ST.
PHOENIX AZ 85034


BRAVO CLEANING
1855 E. SOUTHERN AVE #206
MESA AZ 85204


BREWER COMPANIES
8581 W. KELTON LN #210
PEORIA AZ 85382


BUCHALTER NEMER
16435 N. SCOTTSDALE RD
STE. 440
SCOTTSDALE AZ 85254


C & W COMMERCIAL DOOR & TRIM
9144 W CALLE LEJOS
PEORIA AZ 85383


CALVARY PAVING
P.O. BOX 466
WICKENBURG AZ 85358


CANNON DOOR AND TRIM
3242 E. JEFFERSON ST
PHOENIX AZ 85034


CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY UT 84130


CAREFREE COMPANIES LIMITED
DBA CAREFREE MISTING/FOG SYSTEMS
C/O ROBERT LUKEY 326 N. STEPLY DR
MESA AZ 85203


CAREFREE MISTING/FOG SYSTEMS
3820 E. MAIN ST #8
MESA AZ 85205

Falcione, John and Lisa Marie -

CAROLYN F GRANT

CASE ELECTRIC LLC
3554 W. SUNSHINE BUTTE DR
QUEEN CREEK AZ 85242

CASITA FRAMING LLC
2675 W. GOLD DUST AVE
QUEEN CREEK AZ 85242

CATALINE ROOFING
2021 W. WILLIAMS DR.
MESA AZ 85207

CECIL H CAPPS

CENTRAL CREDITORS OF FLAGSTAFF
20403 N LAKE PLEASANT RD
STE 117 PMB 621
PEORIA AZ 85382-9707

CENTURY ROOFING
2615 W. LONE CACTUS DR
PHOENIX AZ 85027

CHAMBERLIN POWER, LLC
C/O BRUCE K CHILDERS LTD
7047 E. GREENWAY PKWY #140
SCOTTSDALE AZ 85254

CHARLES HOWARD

CHAS ROBERTS AIR CONDITIONING & HEATING
9828 N. 19TH AVE
PHOENIX AZ 85021

CHICO ELECTRIC
725 W. COMMERCE AVE #112
GILBERT AZ 85233-4102

Falcione, John and Lisa Marie -


CHOICE BANK
15190 N. HAYDEN RD.
SCOTTSDALE AZ 85260


CIT
618 SOUTH MADISON CR
TEMPE AZ 85281


CMI
4200 INTERNATIONAL
CARROLLTON TX 75007


CMJ CABINET INSTALLATION, INC.
2746 E VERMONT DR
GILBERT AZ 85295


CMJ CABINETS
1746 E. VERMONT DR.
GILBERT AZ 85295


CMRE FINANCIAL SERVICES, INC.
3075 E IMPERIAL HWY
STE 200
BREA CA 92821


COHACO BUILDING SPECIALTIES, INC
C/O RONALD W. MEYER
3636 N. CENTRAL #700
PHOENIX AZ 85012


COLON AND RECTAL CENTER OF ARIZONA
6245 N. 16TH ST.
PHOENIX AZ 85016


COLT ELECTRIC LLC
C/O NATIONAL CONTRACTOR SERVICES
1010 E. JEFFERSON ST
PHOENIX AZ 85034


COMPLETE DOOR AND TRIM
111 S. 56TH ST
CHANDLER AZ 85226

Falcione, John and Lisa Marie -


COMPLETE FIRE PROTECTION
22230 S. SCOTLAND COURT
QUEEN CREEK AZ 85142


CONCRETE IMAGING SERVICES
P.O. BOX 8109
GLENDALE AZ 85312


CONTRACTOR'S TERMITE & PEST CONTROL INC.
24825 N. 16TH AVE. STE 140
PHOENIX AZ 85027


CONTRACTORS BONDING & INSURANCE COMPANY
CLAIMS DEPARTMENT
PO BOX 9271
SEATTLE WA 98109-0271


CONTRACTORS BONDING & INSURANCE COMPANY
2999 N. 44TH STREET
STE 450
PHOENIX AZ 85018


CORPORATE RECEIVABLES, INC.
PO BOX 32995
PHOENIX AZ 85064-2995


COYOTE CONCRETE
6713 W. DELLMONT AVE
GLENDALE AZ 85303


CRAIG ALLEN THOMPSON, LLC
1373 E. 23RD AVE
APACHE JUNCTION AZ 85219


CRAIG ANDERSON
2323 W. IMPALA AVE
MESA AZ 85202


CROWN BUILDERS INC
14020 N. NORTHSIGHT BLVD.
SCOTTSDALE AZ 85260


CYC LANDSCAPING
P.O. BOX 12590
TEMPE AZ 85284

Falcione, John and Lisa Marie -


CYCLON FRAMING
25103 S. 138TH PL
CHANDLER AZ 85249


CYNTHIA J GODFREY


DAAS HEALTHCARE C/O JATIN BHAGWAN DAAS
19841 N. 27TH AVE.
PHOENIX AZ 85027


DALE KURSCHNER
4829 E EVERETT DRIVE
SCOTTSDALE AZ 85254


DAWN FERRA


DEBBIE L SNIDER


DECORATIVE TRIM
19399 E. GERMANN RD
QUEEN CREEK AZ 85242


DELANY & BROWN
1829 S. HORNE SUITE 1
MESA AZ 85204


DELIVERY FINANCIAL SERVICES
PO BOX 14974
SCOTTSDALE AZ 85267


DENNETTE M. TUNBERG
2036 E LA VIEVE LN
TEMPE AZ 85284


DESERT PEDIATRIC HOSPITALISTS


DESERT VALLEY ENT PC
936 W CHANDLER BLVD
STE 2
CHANDLER AZ 85225

Falcione, John and Lisa Marie -


DESIGN DRYWALL WEST, INC.
405 S. CLARK
TEMPE AZ 85281


DEVERA CLINE


DIAMOND GLASS


DIAMOND GLASS & MIRROR
16191 N. 82ND ST
SCOTTSDALE AZ 85260


DIGITAL HOME LIFESTYLES
4820 E. MCDOWELL RD. #104
PHOENIX AZ 85008


DINOWITZ REMODEL C/O MARK DINOWITZ
500 W. 10TH PL. #121
MESA AZ 85201


DIRECT LOAN SVC SYSTEM
PO BOX 5609
GREENVILLE TX 75403-5609


DIVERSIFIED BUILDER SUPPLY
013 W. LINDBERGH WAY
CHANDLER AZ 85226


DR. KHURANA
595 N. DOBSON RD.
CHANDLER AZ 85224


DSC DRYWALL AND PAINTING, INC.
1326 E. LOUIS WAY
TEMPE AZ 85284


DUNKIN' BRANDS C/O JASON DUFFY
4225 N. OLYMPIC FLDS CT.
PHOENIX AZ 85086

Falcione, John and Lisa Marie -


DUNKIN' BRANDS C/O JIM RILEY
130 ROYALL ST.
CANTON MA 02021


DWELLING CABINETRY & FLOORING
7655 E. REDFIELD RD. #9
SCOTTSDALE AZ 85260


DYNAMIC MIRROR & GLASS
1731 W. ROSE GARDEN LN.
PHOENIX AZ 85027-2714


EAGLE POINT CONSTRUCTION LLC
8650 N 35TH AVE #103
PHOENIX AZ 85051


EMPIRE FENCE ACQUISITION LLC
JAMES P O'SULLIVAN C/O GAMMAGE & BURNHAM
2 N. CENTRAL AVE 18TH FLOOR
PHOENIX AZ 85004


ENCORE STEEL
C/O BENEDICT & MARTIN PLLC
3333 E CAMELBACK RD #175
PHOENIX AZ 85018


ERNEST MARTINELLI


ESSCO WHOLESALE ELECTRIC INC
175 E. CORPORATE PLACE
CHANDLER AZ 85225


ESSCO WHOLESALE ELECTRIC INC
175 E. CORPORATE PL.
CHANDLER AZ 85225


ESSCO WHOLESALE ELECTRIC INC.
175 E. CORPORATE PL.
CHANDLER AZ 85225


EXCLUSIVE SALON AND DAY SPA
1937 E. HARRISON ST.
GILBERT AZ 85295

Falcione, John and Lisa Marie -


FALCIONE FAMILY TRUST


FAST-TRAK ACOUSTICS & DRYWALL, LLC
C/O JOSEPH J MILES
644 E SHANNON ST
CHANDLER AZ 85225


FDIC
40 PACIFICA SUITE 1000
IRVINE CA 92618


FINANCING/GECCCC
PO BOX 981439
C/O CARDHOLDER OPERATIONS
EL PASO TX 79998-1439


FIRST SAVINGS BANK


FIRST SAVINGS BANK
7047 E. GREENWAY PKWY STE 250
SCOTTSDALE AZ 85254


FLAGSTAFF EMERGENCY PHYSICIANS


FLAGSTAFF MEDICAL CENTER CRN


FLOOR CO.
87 S. WILLIAMS DILLARD DR
GILBERT AZ 85233


FOLKS & O'CONNOR, PLLC
1850 N. CENTRAL AVE
STE 1140
PHOENIX AZ 85004


GAINEY RANCH- CLUB CORP
7600 GAINEY CLUB DR.
SCOTTSDALE AZ 85258

Falcione, John and Lisa Marie -


GENERAL CLEANING
1 W DEER VALLEY RD
PHOENIX AZ 85027


GINO'S GIANT SLICE
1649 E. FLORENCE BLVD.
CASA GRANDE AZ 85222


GMD WALLCOVERING
C/O NATIONAL CONTRACTOR SVCS CORP
1010 E JEFFERSON
PHOENIX AZ 85034


GMS CONCRETE SPECIALIST, INC.
5325 W. MOHAVE
PHOENIX AZ 85043


GREG ALLEN
 2550 N. THUNDERBIRD CIRCLE #132
MESA AZ 85215


GRIDMEN INVESTMENTS, INC.
DBA GRIDMEN INTERIORS
11338 W ROSEWOOD DR
AVONDALE AZ 85392


GYBS PLUMBING
1536 N. SHULTZ PL
CASA GRANDE AZ 85222


HASKINS ELECTRIC LLC
1414 N 25TH AVE
PHOENIX AZ 85079


HEALTHCARE COLLECTIONS LLC
PO BOX 82910
PHOENIX AZ 85071-2910


HELEN M. CLIFTON


HOCTOR REFRIGERATION & HEATING, INC
5624 NORTH 54TH AVE
GLENDALE AZ 85301

Falcione, John and Lisa Marie -


HOLDEN WILLITS MURPHY PLC
TWO NORTH CENTRAL AVE
STE. 1700
PHOENIX AZ 85004


HSIN CAFE
25 MASSACHUSETTS AVE.
BOSTON MA 02115


HUNTER, HUMPHREY & YAVITZ, PLC
2633 E INDIAN SCHOOL RD
STE 440
PHOENIX AZ 85016


IMPERIAL WHOLESALE INC
9602 E. MAIN ST
MESA AZ 85207


INFINITY FIRE PROTECTION
17455 N. BLACK CANYON HWY
PHOENIX AZ 85023


INTERIOR LOGIC
1625 W. UNIVERSITY DR
#115
TEMPE AZ 85281


INTERNAL REVENUE SERVICE
5045 E. BUTLER AVE.
FRESNO CA 93888


INVISION ELECTRIC
P.O. BOX 1256
HIGLEY AZ 85236


ISOKERN OF ARIZONA, INC
2745 E WIER AVENUE
PHOENIX AZ 85040


JAMES & CONNIE CONTES
SOUTHEAST REGIONAL COURT CENTER
222 E JAVELINA AVE
MESA AZ 85210

Falcione, John and Lisa Marie -

JAMES A BRENNAN


JENNINGS STROUSS & SALMON, PLC
201 E WASHINGTON ST
11TH FLOOR
PHOENIX AZ 85004-2385


JENNINGS, HAUG & CUNNINGHAM LLP
2800 N. CENTRAL AVE. STE 1800
PHOENIX AZ 85004


JENNINGS, HAUG & CUNNINGHAM, LLP
2800 N. CENTRAL AVE., STE 1800
PHOENIX AZ 85004


JENNINGS, HAUG & CUNNINGHAM, LLP
2800 N. CENTRAL AVE, STE 1800
PHOENIX AZ 85004


JK ALARMS OF ARIZONA, INC
4114 E. INDIAN SCHOOL ROAD, STE 3
PHOENIX AZ 85018


JOAN RYBA


JOSEPH W SABIA


JOSEPHINE CAPECE


JRM ENVIRONMENTAL, INC
4240 N. BROWN AVE, STE C
SCOTTSDALE AZ 85251


JUDEAN A SCHMIDT


K2 LAND ADVISORS LLC
17 S ROOSEVELT
STE 1
CHANDLER AZ 85226

Falcione, John and Lisa Marie -


KACHINA DOORS & TRIM
1743 S. HOLBROOK
TEMPE AZ 85281


KARL A. TUNBERG
2036 E LA VIEVE LN
TEMPE AZ 85284


KCI DOORS AND HARDWARE
2333 N 35TH AVE
PHOENIX AZ 85009


KDM CONTRACTING, INC
219 WEST LONE CACTUS DR
PHOENIX AZ 85027


KDM CONTRACTING, INC.
219 W. LONE CACTUS
PHOENIX AZ 85027


KHURANA, INC.
3665 E MAFFEO RD
PHOENIX AZ 85050


KING INSULATION
10810 N. TATUMS BLVD, #102-329
PHOENIX AZ 85028


KONDAUR CAPITAL CORPORATION
1100 TOWN & COUNTRY RD
STE 1600
ORANGE CA 92705-6696


KRAVITZ SCHNITZER & SLOANE CHTD 401(K)


KRAVITZ SCHNITZER AND SLOANE
8985 SOUTH EASTERN AVE. STE 200
LAS VEGAS NV 89123


KRISHNA MANAGEMENT, LLC
5130 W THUNDERBIRD RD
STE 3
GLENDALE AZ 85306

Falcione, John and Lisa Marie -


L & G LAND, LLC C/O M. JOYCE GEYSER, PC
5601 E. WONDERVIEW RD.
PHOENIX AZ 85018


LA ESTANCIA
6445 S. MAPLE AVE.
TEMPE AZ 85283


LABORATORY CORPORATION OF AMERICA
PO BOX 2240
BURLINGTON NC 27216-2240


LANDMARK CABINET COMPANY
1135 N. MCQUEEN #137
GILBERT AZ 85233


LIFE SCHOOLS
459 N. GILBERT RD.
GILBERT AZ 85234


LITTLE CAESARS
2211 WOODWARD AVE.
DETROIT MI 48201


LUIS VASQUEZ MASONRY
20731 E. WATFORD DR.
QUEEN CREEK AZ 85242


M&I BANK
PO BOX 1111
MADISON WI 53701


M&I BANK
770 N. WATER ST
MILWAUKEE WI 53202-3509


M&I BANK
PO BOX 1111
MADISON WI 53701-1111


M&I BANK
PO BOX 2045
MILWAUKEE WI 53201

Falcione, John and Lisa Marie -


M&I MARSHALL AND ILSLEY BANK
770 N WATER ST
MILWAUKEE WI 53202


M/J CONTRACTING, LLC
4056 E DOWNING ST
MESA AZ 85205


MADERA IRON DOORS
C/O STEPHEN O BRADLEY
9606 E LOMPOE AVE
MESA AZ 85212


MADURO CIGAR SHOPPE
4985 S. ALMA SCHOOL RD.
CHANDLER AZ 85249


MARICOPA COUNTY TREASURER
301 W JEFFERSON ST
RM 100
PHOENIX AZ 85003-2199


MARILYN GILLESPIE DAVIS


MARISCAL, WEEKS, MCINTYRE & FRIEDLANDER
DON DYEKMAN
2901 N. CENTRAL AVE SUITE 200
PHOENIX AZ 85012


MARKS VALLEY GRADING & EXCAVATING, INC.
2425 N. CENTER ST
MESA AZ 85201


MARTINELLI FAMILY LIMITED PARTNERSHIP


MARVIN L SCHMIDT


MERCY GILBERT MEDICAL CENTER
3555 S VAL VISTA DR
GILBERT AZ 85297

Falcione, John and Lisa Marie -


MESA INSULATION, INC.
748 S. DREW ST
MESA AZ 85210


MICHAEL LOUDERMILD


MIDFIRST BANK
3030 E. CAMELBACK RD.
PHOENIX AZ 85016


MIDWEST GLASS
1900 N MCCLINTOCK SUITE 1
TEMPE AZ 85281


MILDRED MURPHY


MONSOON ROOFING
577 EAST RAY ROAD
GILBERT AZ 85296-4002


MOONEY, WRIGHT & MOORE, PLLC
MESA FINANCIAL PLAZA, SUITE 16000
1201 S ALMA SCHOOL RD
MESA AZ 85210-0001


MOORE BENHAM & BEAVER, PLC
7321 N 16TH ST.
PHOENIX AZ 85020


MURRAY INSULATION
4377 N. 157TH LANE
GOODYEAR AZ 85395


NANCY KELLY


NEVADA STATE BANK
750 E. WARM SPRINGS RD.
LAS VEGAS NV 89119

Falcione, John and Lisa Marie -


NICHOLAS CONSOLIDATED, INC.
3333 W VERNON AVE
PHOENIX AZ 85009


NORTH SHORE AGENCY, INC
270 SPAGNOLI RD
STE 111
MELVILLE NY 11747


NPG CABLE
FLAGSTAFF AZ


OLSEN BROS. CONSTRUCTION
P.O. BOX 31030
MESA AZ 85275-1030


ON-SITE CONTENTS CLEANING & RESTORATION,
4815 E. CAREFREE HWY. #108-288
CAVE CREEK AZ 85331


ON-TRACK GARAGE DOORS
P.O. BOX 22080
MESA AZ 85277


ONSITE DESIGN
1769 W. UNIVERSITY DR
SUITE 177-179
TEMPE AZ 85281-3271


PARTITIONS AND ACCESSORIES, CO.
1220 S. PASADENA
MESA AZ 85210


PAUL JOHNSON DRYWALL
9034 N. 23RD AVE
SUITE #1
PHOENIX AZ 85021


PAUL MARTINEZ
8635 W. CINNABAR
PEORIA AZ 85345

Falcione, John and Lisa Marie -


PETRIE & VENDITTI, PLC
4531 N 16TH ST
STE 110
PHOENIX AZ 85016


PHOENIX PAVING & SEAL COATING, INC.
19155 E VIA PARK
QUEEN CREEK AZ 85242


PHOENIX PAVING & SEALCOATING, INC.
P.O. BOX 1921
AZ 85229-1921


PLATINUM PRINTING
1940 WEST CHANDLER BLVD SUITE A3
CHANDLER AZ 85224


PRECISION CLEANING SERVICES
1810 E. MADISON ST.
PHOENIX AZ 85034


PREMIER EMERGENCY MEDICAL SPECIALISTS
PO BOX 96328
OKLAHOMA CITY OK 73143-6328


PREMIER EYECARE OF AZ
3271 E. QUEEN CREEK RD.
GILBERT AZ 85298


PREMIER WASTE SERVICES, INC.
4050 W. RAY RD.
SUITE 17
CHANDLER AZ 85226


PREMIER WINDOW & DOOR
2487 S. GILBERT RD
SUITE 106-490
GILBERT AZ 85295


PRIMARY MECHANICAL
15522 N. 174TH AVE
SURPRISE AZ 85388

Falcione, John and Lisa Marie -


PROACTIV SOLUTION
PO BOX 11448
DES MOINES IA 50336-1448


QWEST
1801 CALIFORNIA ST.
DENVER CO 80202


RAYMOND J PONCIA


RB BUILDING SYSTEMS LLC
1617 W WILLIAMS DR
PHOENIX AZ 85027


ROBERT C BISNETT


ROBERT F JOSLIN


ROBERT FERRA


ROBERT J SMEATH


ROBERT S JAYE


SADDLEWOOD ESTATES HOMEOWNERS ASSOC.
19150 E. VALLEJO CT.
QUEEN CREEK AZ 85242


SADDLEWOOD HOMEOWNERS ASSOCIATION
21448 N. 75TH AVE. #6
GLENDALE AZ 85308


SANCTUARY BUILDER, LLC
1403 W 10TH PL
STE B-107
TEMPE AZ 85281

Falcione, John and Lisa Marie -


SANCTUARY DESIGN LLC
17 SOUTH ROOSEVELT AVE.
CHANDLER AZ 85226


SANCTUARY DESIGN, LLC
1403 W 10TH PL
STE B-107
TEMPE AZ 85281


SANCTUARY DEVELOPMENT LLC
1403 W 10TH PL
STE B-107
TEMPE AZ 85281


SANCTUARY RENOVATION & REMODEL LLC
1403 W 10TH PL
STE B-107
TEMPE AZ 85281


SANCTUARY SALES LLC
1403 W 10TH PL
STE B-107
TEMPE AZ 85281


SANDRA SMITH


SCOTTSDALE COLLECTION SERVICES
2501 W DUNLAP AVE
STE 240
PHOENIX AZ 85021-1715


SIMON MED IMAGING
PO BOX 52001
DC 905
PHOENIX AZ 85072


SMITH & CRAVEN PLLC
4045 E UNION HILLS DR
BLDG B, STE 112
PHOENIX AZ 85050


SONORA QUEST LABORATORIES LLC
1255 W. WASHINGTON ST
TEMPE AZ 85281

Falcione, John and Lisa Marie -


SPENCER DOUGLAS ALVEY


SPENCER DOUGLAS ALVEY
17626 E. SAN TAN BLVD.
QUEEN CREEK AZ 85243


STEELER, INC.
10023 MARTIN LUTHER KING JR WAY S
SEATTLE WA 98178


STEPHEN L CAPECE


STERLING POINT APARTMENTS
FLAGSTAFF AZ


SUN GROVE MEDICAL LLC
14020 N NORTHSIGHT BLVD
SCOTTSDALE AZ 85250


TAYLOR SAMUELS


TEMPE CROSSING C/O HERB COOK
9845-9895 S. PRIEST DR.
TEMPE AZ 85284


TEMPE PAINT & DECORATOR CENTER INC
6515 S RURAL RD
TEMPE AZ 85283


THE EGG & I CAFE- OCOTILLO
2625 W. QUEEN CREEK RD.
CHANDLER AZ 85248


THE GREAT ORGANIZATION, INC
16205 N. 76TH ST.
SCOTTSDALE AZ 85260


THE MASONRY GROUP
P.O. BOX 28396
SCOTTSDALE AZ 85255

Falcione, John and Lisa Marie -


THOMAS SCHERN RICHARDSON, PLLC
1640 S STAPLEY DR
STE 205
MESA AZ 85204


THOMAS Y HARTLEY


THUNDER STRUCK ELECTRIC
18307 E. SAN TAN BLVD.
QUEEN CREEK AZ 85242


THUNDER STRUCK ELECTRIC
18307 EAST SAN TAN BLVD.
QUEEN CREEK AZ 85142


TOM SHANLEE


TOWN OF GUADALUPE- PARK FACILITY
9241 S. AVENIDA DEL YAQUI
TEMPE AZ 85283


TREEVIEW LLC


TROY SMITH


TROYER INSTALLATION & HARDWARE LLC
43595 W BRAVO CT
MARICOPA AZ 85239


US BANK
60 LIVINGSTON AVE
SAINT PAUL MN 55107


WARNER VILLAGE C/O BILL DOUGLAS
740 N. 52ND ST. STE 200
PHOENIX AZ 85008

Falcione, John and Lisa Marie -


WEES LAW FIRM LLC
2600 N CENTRAL AVE
STE 635
PHOENIX AZ 85004


WELLS FARGO BANK ARIZONA NA


WELLS FARGO HOME MORTGAGE
3480 STATEVIEW BLVD
FORT MILL SC 29716


WESTERN UNDERGROUND LLC C/O KEVIN DOYLE
1925 W. ADOBE DR.
PHOENIX AZ 85027


WILLIAM R BOYD


WILLIAM R GODFREY


YOGURT JUNGLE
21202 S. ELLSWORTH LOOP RD. STE 108
QUEEN CREEK AZ 85242


YOUNGER BROTHERS CONSTRUCTION COMPANY
8525 N 75TH AVE
PEORIA AZ 85345


ZEAD FAMILY LIMITED PARTNERSHIP
19841 N. 27TH AVE. STE 300
PHOENIX AZ 85027

| | |
|---|---|
| In re | **John Falcione**<br>**Lisa Marie Falcione** |
| | Debtor(s) |
| Case Number: | |
| | (If known) |

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>          OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ 0.00 | $ 0.00 |
| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td></td><td>$</td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table><br>Total and enter on Line 10 | $ 0.00 | $ 0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 0.00 | $ 0.00 |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $                      **0.00** |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $                      **0.00** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: **AZ**   b. Enter debtor's household size: **4** | $                **69,452.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ■ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <table><tr><td>a.</td><td></td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td></tr><tr><td>c.</td><td></td><td>$</td></tr><tr><td>d.</td><td></td><td>$</td></tr></table> Total and enter on Line 17 | <br><br><br><br><br><br><br><br> $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. <table><tr><td colspan="2">**Household members under 65 years of age**</td><td colspan="2">**Household members 65 years of age or older**</td></tr><tr><td>a1.</td><td>Allowance per member</td><td>a2.</td><td>Allowance per member</td></tr><tr><td>b1.</td><td>Number of members</td><td>b2.</td><td>Number of members</td></tr><tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr></table> | <br><br><br><br><br><br><br><br><br><br><br><br><br> $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0   ☐ 1   ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**  List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br><table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table><br>Total and enter on Line 34.<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$_____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.**  Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs.  **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.**  Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|----|----|----|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|----|----|----|

|   | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no | |
| | | | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|----|----|----|

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|----|----|----|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

|   |   |   | |
|---|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ | |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|----|----|----|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|----|----|----|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|----|----|----|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: __**January 15, 2010**__          Signature: __**/s/ John Falcione**__<br>                                                                        **John Falcione**<br>                                                                          *(Debtor)*<br><br>Date: __**January 15, 2010**__          Signature __**/s/ Lisa Marie Falcione**__<br>                                                                        **Lisa Marie Falcione**<br>                                                                          *(Joint Debtor, if any)* |
|---|---|